# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Thomas C Davis Jr
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Wayne Scott Executive Director
S. O. Woods, Director of Classification
_____

(Enter above the full name of the defendant or defendants in this action.)

United States District Court
Southern District of Texas
FILED

JAN 2 7 2000

MICHAEL N. MILBY CLERK

CIVIL ACTION NO. C-00-19

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 USC §1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A." Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
       Yes[ ] No[✓]

    B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?
       Yes[✓] No[ ]

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit
          Plaintiffs: Thomas C Davis Jr

          Defendants: James Collins

A.

Item C. 1. Continued

    2. Court (if federal court, name the district; if state court, name the county): Houston

    3. Docket number: ? cv-308

    4. Name of judge to whom case was assigned: _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) was appealed dismissed failure to state claim

    6. Approximate date of filing lawsuit: N/A

    7. Approximate date of disposition: dismissed failure to state claim

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED: _____

  A. Is there a prisoner grievance procedure in this institution?
Yes[X] No[ ] N/A[ ]

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes[X] No[ ]

  C. If your answer is YES:

    1. What steps did you take: filed grievance appealed it

    2. What was the result? refuse to comply to federal law

  D. If your answer is NO, explain why not:

  E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas?
Yes[ ] No[ ]

  F. If your answer is NO, explain why not: problems in the past would not do nothing

III.  PARTIES TO THIS LAWSUIT

    A.  Name of Plaintiff: _Thomas C Davis, JR_
        Inmate Number: _342624_    Date of Birth: _4-23-52_
        Institution/Unit of Confinement: _TDCJ-ID McConnell Unit_
        Address: _3001 South Emily Drive Beeville TX_

    B.  Additional Plaintiff(s) (if any). In this space, provide the same type of information as requested in "A" above.

    C.  Name of Defendant: _Wayne Scott_
        Official Position (employed as): _Executive Director of TDCJ-ID_
        Place of Employment: _Texas Dept of Crim. Just. Inst. Div_
        Address for service: _P.O. Box 99, Huntsville TX_

    D.  Additional Defendants (if any):
        Name of Defendant: _S.O. Woods_
        Official Position (employed as): _Director of Bureau of Classifications_
        Place of Employment: _Texas Dept of Crim. Just. Inst. Div_
        Address for service: _P.O. Box 99, Huntsville TX_

        Name of Defendant: ____
        Official Position (employed as): ____
        Place of Employment: ____
        Address for service: ____

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV.  STATEMENT OF CLAIM

    State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_see enclosed brief_

- 3 -

Additional space for "Statement of Claim":

see enclose brief

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

VI. VERIFICATION  (Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  /-25-00          .   *Thomas C Davis Jr*
                (date)                       (Signature of Plaintiff)

- 4 -