United States District Court
Southern District of Texas
Corpus Christi, Tx

United States District Court
Southern District of Texas
FILED
JAN 27 2000
MICHAEL N. MILBY CLERK

Thomas Charles Davis Jr
   Plaintiff

Vs.                                    Civil Action No c-00-19

Wayne Scott, Executive
  Director of TDCJ-ID
S.O. Woods Director
Classifications   Defendant(s)

## Motion To Appoint Counsel

Hon. Judge of said Court

Here comes the Plaintiff in this civil action a disabled with a bone joint diease thats serious the type is osteo-Arthritis. Thats destroying the plaintiffs bone joints also in fingers and wrist. Which is and has seriously crippled the plaintiffs wrist and crippling the plaintiffs fingers. thats Plaintiffs inability to Adequately present his case <u>Ulmer v. Chancellor</u>, 691 F2d 209, 212 (5th cir 1982) court errored in requiring "exceptional circumstances" to justify appointment of counsel to represent indigent prisoner district court has the discretion to appoint counsel based on Merits of

(1)

1.

plaintiffs claim. plaintiffs ability to present the case <u>Tabron v. Grace 6 F.3d 147, 155-58 (3rd Cir 1993)</u>, which plaintiffs ability to represent the case he's disabled and crippling from a very serious bone joint diease osteoarthritis, which is plaintiffs inability to represent the case

Plaintiff also argues the ability of the indent to present his case. The plaintiff is an indigent prisoner with no legal training. A factor that supports the appointment of counsel. <u>Whisenn v. Yuam 739 F.2d 160 163 (4th Cir 1984</u>

And in this instant case, litigation aggervates the plaintiff's medical condition of osteoarthritis and Doctors orders of No Repetitive Use of Hands, which would interfere with medical treatment once prescribed <u>Ruiz v. Estelle 503 F. Supp 1328 (1980) foot Note (13) 429 U.S. at 97 S. ct at 291 (footnote omitted)</u>,

Plaintiff in this instant case states litigation case's discomfort and swelling

Plaintiff prays this court will appoint counsel for the crippling plaintiff and defendants be enforced by this court To pay for all atty fees, because it was the defendants, that arbitrary recklessly deprived the plaintiff rights and violated the plaintiffs rights Plaintiff ask if counsel is appointed please in Mercy of this court Plase appoint the civil atty's office

Vinson & Elkins
Attorneys At Law
Vinson & Elkins L.L.P.
2300 First City Tower
3001 Fannin Street
Houston, Texas 77002-6760

I declare (state verify certify)s under the penalty of perjury the foregoing is true and correct to the best of My knowledge

Signed this the ____ day of Jan 2000

_Thomas C Davis, Jr._
Plaintiff's Signature
Thomas Charles Davis, Jr. No. 342624
Texas Dept. of Crim. Just. Inst. Div
McConnell Unit
3001 South Emily Drive
Beeville Tx 78102-9999