UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS CHARLES DAVIS, JR. | § | |
| | § | |
| v. | § | C. A. NO. C-00-019 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## ORDER

Plaintiff's Motion to Appoint Counsel (D.E. 7) is DENIED without prejudice. The need for appointed counsel will be considered after the screening required by 28 U.S.C. § 1915A.

SIGNED this ___28___ day of January 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE