IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District C
Southern District of T
FILED
FEB - 4 2000
MICHAEL N. MILBY, CLERK

| | |
|---|---|
| THOMAS CHARLES DAVIS, Jr., § <br> Plaintiff, § <br> § <br> Vs. § <br> § <br> WAYNE SCOTT, Executive Director § <br> of TDCJ-ID. § <br> S.O. WOODS, Director, Bureau of § <br> Classification, § <br> Defendants. § | CIVIL ACTION NO. C-00-19 |

## MOTION TO APPOINT COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas Charles Davis, Jr., Plaintiff pro-se in the above entitled and numbered cause and states that he is disabled with a bone joint disease thats serious, namely osteoarthritis that is destroying Plaintiff's bone joints, also in fingers and wrist which is and has seriously crippled the plaintiff's fingers. Thats Plaintiff's inability to adequately present his case <u>ULMER Vs.CHANCELLOR</u>, 691 F2d 209, 212 (5th Cir. 1982), Court erred in requiring "exceptional circumstances" to justify appointment of counsel to represent indigent prisoners. District Court has the discretion to appoint counsel based on merits of Plaintiff's claims, Plaintiff's ability to present the case <u>TABON Vs. GRACE</u>, 6 F3d 147, 155-58 (3rd Cir.1993), which Plaintiff's ability to represent the case he is disabled and crippling from a very serious bone joint disease osteoarthritis which is Plaintiff's inability to represent the case.

Plaintiff also argues the ability of the indigent to present his case. The Plaintiff is an indigent prisoner with no legal

-1-

11.

training. A factor that supports the appointment of counsel. <u>WHISEN Vs. YUAM</u>, 739 F2d 160, 163 (4th Cir., 1984).

And in the instant case litigation aggravates the Plaintiff's medical condition of osteoarthritis, and doctor's orders of no repetitive use of hands, which would interfere with medical treatment once prescribed. <u>RUIZ Vs. ESTELLE</u>, 503 F.Supp. 1328 (1980) footnote (13), 429 U.S. at 97 S.Ct. at 291 (footnote omitted), Plaintiff in this instant case states litigation causes severe discomfort and swelling.

Plaintiff respectfully Prays this Court will appoint counsel for the crippling Plaintiff and defendants be enforced by this Court to pay for all attorney fees, because it was the defendants that arbitrarily and recklessly deprived the Plaintiff rights and violated the Plaintiff rights. Plaintiff ask if counsel is appointed please in mercy of this Court please appoint the civil attorney's office of:

Vinson & Elkins  
Attorneys at law  
Vinson & Elkins L.L.P.  
2300 First City Tower  
3001 Fannin Street  
Houston, Texas - 77002-6760

I declare (state, verify and certify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

SIGNED THIS THE __28__ DAY OF __Jan__, 2000

Respectfully submitted,

*Thomas Charles Davis Jr* (signature)

Thomas C. Davis, Jr. #342624  
McConnell Unit  
3001 So. Emily Dr.  
Beeville, Texas - 78102-9999

-2-