United States District Court
Southern District of Texas
ENTERED

FEB - 9 2000

Michael N. Milby, Clerk of

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Thomas Charles Davis   §

VS.                    §   CIVIL ACTION NO. C-00-019

Wayne Scott, et al.    §

## ORDER STRIKING PLEADING (S)

The clerk has filed your <u>Motion to Appoint Counsel</u>                  ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. _X_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. _X_ Other: _Per order of January 28, 2000, this motion should not be re-filed until after screening of case, 28 U.S.C. §1915A._

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _2-8-00_
re: D.E. #11/dp

_____
JUDGE PRESIDING