UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 9 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS CHARLES DAVIS, JR. | § | |
| | § | |
| v. | § | C. A. NO. C-00-019 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

13.

## ORDER

Plaintiff has filed his third complaint (D.E. 10). Plaintiff is advised that he may not file any further complaints without leave of Court. Fed. R. Civ. P. 15(a).

SIGNED this _9th_ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com