IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS C. DAVIS §
§
V. § C.A. NO. 00-19
§
WAYNE SCOTT, ET AL. §

## ORDER TO SHOW CAUSE

Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983. A notice of deficient pleading was entered advising plaintiff that, within twenty days, he must pay the $150 filing fee or submit a completed application to proceed *in forma pauperis* ("ifp") accompanied by a certified copy of his trust fund account statement (D.E. 3). Plaintiff responded by filing an unsigned application for leave to proceed ifp (D.E. 5). On January 31, 2000, the Court entered an order striking plaintiff's application to proceed ifp and granting him ten days in which to refile a signed application (D.E. 8). To date, plaintiff has failed to comply.

Plaintiff is ordered to show cause why his complaint should not be dismissed for want of prosecution, Fed. R. Civ. P. 41(b), and failure to comply with the Prisoner Litigation Reform Act, 28 U.S.C. § 1915. Plaintiff is ordered to pay the $150.00 filing fee or submit a signed application to proceed ifp with a certified copy of his inmate trust fund statement within twenty (20) days of the entry of this order. Failure to comply with this order may result in the dismissal of this action.

The Clerk is directed to forward a blank application to proceed ifp to plaintiff with a copy of this order.

ORDERED this __14__ day of __February__, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE