United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS CHARLES DAVIS, JR.     §                    17.
                              §
v.                            §   C. A. NO. C-00-019
                              §
WAYNE SCOTT, ET AL.           §

## NOTICE TO PLAINTIFF

Plaintiff, a prisoner proceeding *pro se*, filed this civil
rights complaint under 42 U.S.C. § 1983.  The plaintiff has filed
an application to proceed *in forma pauperis* under 28 U.S.C. §1915.

The Prison Litigation Reform Act amended 28 U.S.C. § 1915 so
that a plaintiff proceeding *in forma pauperis* must now pay the
entire statutory filing fee of $150.  28 U.S.C. § 1915(b)(1).  The
statute now allows an *in forma pauperis* plaintiff to begin a
lawsuit without prepayment of the entire filing fee, but the
plaintiff is still obligated to pay the entire filing fee, over
time.  The balance of the full filing fee will be automatically
withdrawn, in increments or in full, under court order, from the
plaintiff's trust fund account.

The Court may dismiss this case if it is frivolous, malicious,
fails to state a claim upon which relief may be granted, or seeks
monetary relief against a defendant who is immune from such relief,
regardless of whether some or all of the filing fee has been paid.
If this case is dismissed before payment of the entire filing fee,
the plaintiff must still pay the entire filing fee.

When any state or federal lawsuit brought by an inmate while in the custody of the Texas Department of Criminal Justice - Institutional Division (TDCJ-ID) is dismissed as frivolous or malicious, state law requires the forfeiture of good conduct time credits as a sanction. Tex. Govt. Code Ann. § 498.0045 (West 1995). When a prisoner has had three or more prior actions or appeals dismissed for being frivolous, malicious, or failing to state a claim upon which relief may be granted, federal law prohibits the prisoner from bringing any more actions or appeals *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**If you do not wish to pay the filing fee in this case you may seek voluntary dismissal of this action by executing and filing with the Clerk the attached "Motion for Voluntary Dismissal" within 30 days from the entry of this order.**

SIGNED this _____17____ day of February 2000.


_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS CHARLES DAVIS, JR.          §
                                   §
v.                                 § C. A. NO. C-00-019
                                   §
WAYNE SCOTT, ET AL.                §

## MOTION FOR VOLUNTARY DISMISSAL

I, _____, plaintiff, seek voluntary

dismissal under Rule 41(a), Fed. R. Civ. P. because I do not want

to pay the filing fee in this case.


_____

Plaintiff


_____

Date

ClibPDF - www.fastio.com