# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2000

MICHAEL N. MILBY CLERK

_Thomas Charles Davis Jr_

```
*
*
*
*
*
```

(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

```
*
*
*
```

VS.

_Wayne Scott Executive Director_
_J O Woods_

```
*
*
*
*
*
*
*
```

CIVIL ACTION NO. _C-00-19_

(Enter above the full name of the
defendant or defendants in this
action.)

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 USC §1983
(For Use in Prisoner Litigation)

NOTE:  The Clerk will not file your complaint unless it conforms to these forms
and the instructions for filing which you were provided.  Consult the instructions
as you prepare your complaint.

DO NOT leave blanks on these forms.  If an item is not applicable, state so or
write "N/A."  Be aware that you may be subject to penalties or sanctions by the
Court (such as dismissal and assessment costs) for perjury.

---

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the
        same or similar facts involved in this action?
        Yes[ ] No[ ]

    B.  Have you begun other lawsuits in state or federal court relating to your
        conditions of confinement?
        Yes[ ] No[ ]

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.
        (If there is more than one lawsuit, describe the additional lawsuits on
        another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit
            Plaintiffs: _see attached documention_

            Defendants: _____



1) also follow suits Pres. of America Wm. N. Clinton
Washington D.C
    Dawes Vs. Clinton 6:98-CV-560

2) (ex) Director James Collins Director of T D C.
    James Alford Warden Michael Unit
    Thomas C Dawes Jr. in civil action no 92-CV-308

3) Ruez Vs Scott civil action no #78-CV/987
    all 3 dismiss as moot and or frivolous
    in violation of cited Neitzke Vs. Williams,
    109 S. Ct 1827, 183 (1989) 490 US. 331. We therefore hold
    that complaint filed in forma Pauperis is not automatically
    frivolous with the meaning of §1915(d) because
    it fails to state a claim.

    Its the duty of of this United States District
    Court To correct that violation of law. And let
    the plaintiff @proceed forma Pauperis in the correction
    of said violation of said cited Neitzke Vs Williams supra

Item C. 1. Continued

    2. Court (if federal court, name the district; if state court, name the county):_____

    3. Docket number:_____

    4. Name of judge to whom case was assigned:_____
       _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____

    6. Approximate date of filing lawsuit:_____

    7. Approximate date of disposition:_____

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED:_____

    A. Is there a prisoner grievance procedure in this institution?
       Yes[✓] No[ ] N/A[ ] *TDCJ-ID rules 1 grievance a wk restrictive measures of the 1st Amend US Const redress right to petition the U.S. gov.*

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes[ ] No[ ] *I was going to use the evidence in Ruiz v Scott H-78-CV-987*

    C. If your answer is YES: *denied*

       1. What steps did you take: *I have more grievances on file "about" the similar situation*
       2. What was the result?

    D. If your answer is NO, explain why not:

    E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas? Yes[ ] No[ ]

    F. If your answer is NO, explain why not:
       *Past experience with them*

- 2 -

CIVIL ACTION NO. C-00-19

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

---

THOMAS CHARLES DAVIS, Jr.,
Plaintiff,

Vs.

WAYNE SCOTT, Executive Director, Texas

Department of Criminal Justice

Institutional Division,

S.O. WOODS, Director, Bureau of Classification,

Texas Department Criminal Justice, Institutional

Division,
Defendants.

---

ORIGINAL COMPLAINT

---

THOMAS CHARLES DAVIS, #342624
McConnell Unit
3001 So. Emily Dr.
Beeville, Texas - 78102

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS CHARLES DAVIS, Jr.,          §
      Plaintiff,                    §
                                    §
Vs.                                 §          CIVIL ACTION NO. C-00-19
                                    §
WAYNE SCOTT, Executive Director     §
of TDCJ-ID.                         §
S.O. WOODS, Director, Bureau of     §
Classification,                     §
      Defendants.                   §

## ORIGINAL COMPLAINT

COMES NOW, Thomas Charles Davis, Jr, Plaintiff pro-se, in the above entitled and numbered civil action, and states that Plaintiff's wrist are crippling with arthritis, the type osteoarthritis that is even slightly crippling bending my fingers which is disabling the Plaintiff and hampers the Plaintiff's access to the Courts timely which hampers, ready access to the Courts is a "fundamental constitutional right." (fn 183) RUIZ Vs. ESTELLE, 679 F2d 1115, 1153 (5th Cir.1982).

Plaintiff argues Executive Director Wayne Scott in his official capacity is responsible for enforcing the rules of TDCJ-ID and complying and enforcing federal laws upon all his employees along with his Director of Bureau of Classification, S.O. Woods. P.O. Box 99, Huntsville, Texas 77349.

In the upmost S.O. Woods is enjoined in a conspiracy in using wrong procedures of not restoring good time credits with executive director Wayne Scott.

(1) An agreement that is an agreement between two or more persons:

(2) To deprive a citizen of the United States of America of:

-1-

(3) a right guaranteed by the constitution and/or laws of the United States. SCREWS Vs. U.S., 65 S.Ct. 1031 (1945).

And, withholding this many, 215 days, of good time.

Plaintiff who has suffered a forfeiture of good time that has not been restored. RUIZ Vs estelle, 679 F2d 1115, 1141 (5th Cir.1982) 6.23 Failure to ameliorate over crowding when in fact federal law requires restoring of lost good time, RUIZ Vs. ESTELLE, supra, (fn 117) rather than damages for the deprivation of good time credits we think that this passage recognized a §1983 claim for using the wrong procedures HECK Vs. HUMPHREY, 114 S.Ct. 2364 2370 (1994); EDWARDS Vs. BALISOK, 117 S.Ct 1584 1587 (1997).

Plaintiff argues if there is any state laws stopping restoring of forfeited good time credits, that state law is in violation of the supremacy of cited federal laws as in U.S. CONSTITUTION, Art. VI ,the supreme law of the land: All judges in every state shall be bound thereby. Anything in the constitution or laws of any state to the contrary, notwithstanding.

The federal constitution is charter for all officials, federal and state. All those who wield the power of the sovereign must be equally obedient to its commands and faith in ensuring its protections (fn 250). They take the same oath we do - to uphold and defend it (fn 251) RUIZ Vs. ESTELLE, supra at 1163 (5th Cir.1982).

- Plaintiff argues he is being deprived of extra good time credits from Vernnon's Annotated Civil Statutes, Vol. 17, Art. 6184 (prison management act) allows for the award of additional good time to an emergency over crowed situation (art. S.B. 727) Plaintiff never received.

-2-

Plaintiff in this instant case argues he was here during the over crowding and now is been in the prison system for almost 18 years, and being deprived of Vernon's Annotated Civil Statute Vol. 17, Art. 6184 (prison management act S.B. 727) additional good time because using the wrong procedure, the deprivation of good time credits. WOLFF Vs. MCDONNELL, 94 S.Ct. 2963, 2973 (1974)(Z-4).

At the threshold is the issue whether under PREISER V. RODRIQUEZ, 93 S.Ct. 1827 (1973), the validity of the procedures may be considered in a civil rights suit brought under 42 U.S.C. § 1983 rather than damages for the deprivation of good time credits. We think the passage recognized a § 1983 claim for using the wrong procedures EDWARDS Vs. BALISOK, 117 S.Ct. 1584, 1587 (1971).

### RELIEF

(1) Plaintiff Prays that any policy of TDCJ-ID and/or laws of the State of Texas be stricken that stop the restoring of good time thats been forfeited and not given back in 90 days of good behavior, "good conduct".

(2) That TDCJ-ID abolish all policies that deprive the Plaintiff of receiving all additional good time credits from Prison Management Act S.B. 727 Vernon's Annotated Civil Statutes Vol. 17, Art. 6187/ State of Texas law.

(3) This Court be very punitive for the deprivation of rights by United States Code Annotated 18 U.S.C. §242, towards the defendants for the deprivation of rights of federal laws and defendants be punished with a prison term, "as in UNITED STATES CODE ANNOTATED, 18 U.S.C. § 242 suggest to stop any more violations

-3-

of federal laws.

(4) Plaintiff be awarded one billion dollars in damages for violation of the Plaintiff's rights and also be awarded $1000.00 dollars a day for each day the Plaintiff's rights have been violated by the defendants.

(5) To be furthermore punitive towards the defendants and enforce the defendants to pay all court cost because it was the defendants that violated the plaintiff's rights and the defendant's fault that Plaintiff had to bring this litigation at the expense of Tax payers.

(6) Plaintiff also seeks any and other all relief entitled by law.

I declare (state, verify, certify) under penalty of perjury the foregoing is true and correct to the best of my knowledge.

SIGNED THIS THE __25__ DAY OF ___Jan_____, 2000.

Respectfully submitted,

Thomas C. Davis, Jr. #342624
McConnell Unit
3001 So. Emily Dr.
Beeville, Texas - 78102 -9999

Thomas C Davis Jr No. 347624
IC Connell Unit
2004 South Emily Drive
Beeville, Tx 78102-9999

Personal-to: Hon. Michael N Milby
US District Court
Southern District Of Texas
PO Box 61010
Houston, Texas 77208

USA
First Class Rate

72208/1010

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON  DIVISION

...ITED STATES DISTRICT COU,
SOUTHERN DISTRICT OF TEXA.
ENTERED

JUL 1 4 1998

Michael N. Milby, Clerk of C

|  |  |  |
|---|---|---|
| David Ruiz, *et al.*, | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | Civil No. H-78-987 |
| **Wayne Scott, Director TDCJ-ID, *et al.*,** | § | |
| **Defendants.** | § | |

## O R D E R

A large number of motions have been filed by plaintiff class-members seeking equitable and declaratory relief based on alleged violations of the consent decree entered in the above-entitled class action.  Note has been taken of the wide-ranging and often very serious concerns presented in these *pro se* pleadings.  However, plaintiff class-members are represented by counsel, Donna Brorby, Esq.  Thus, all pending motions filed *pro se* by class-members pursuant to the final decree, including motions to intervene,[1] motions for orders to show cause why contempt citations should not issue, motions to enforce the judgment, motions for appointment of counsel, requests for restraining orders, motions for hearing, motions for declaratory judgment, motions to proceed in forma pauperis, and various discovery motions, will be denied.  Future motions by the plaintiffs should be filed by counsel for the class.

The United States Court of Appeals for the Fifth Circuit has held, in regard to the above entitled civil action, that "[s]eparate individual suits may not be maintained for equitable relief

---

[1]  The motions to intervene have largely been filed by present members of the class.  It is noted that all pending motions to intervene are lacking in merit; thus, they will be denied.

*8723*

from allegedly unconstitutional . . . prison conditions.  To allow individual suits would interfere with the orderly administration of the class action and risk inconsistent adjudications.  Individual members of the class and other prisoners may assert any equitable or declaratory claims they have, *but they must do so by urging further action through the class representative and attorney,* including contempt proceedings, or by intervention in the class action." *Gillespie v. Crawford,* 858 F.2d 1101, 1103 (5th Cir. 1988).  In the interest of consistent and orderly administration of the decree, the body of *pro se* complaints and motions asserting violations of the consent decree must be channeled through counsel.  Counsel is currently conducting discovery regarding compliance with the decree's eight substantive areas.

Class members may communicate claims and concerns related to the final decree in this case to counsel for the plaintiffs' class:

> **Donna Brorby, Esq.**
> **Law Office of Donna Brorby**
> **660 Market St., Suite 300**
> **San Francisco, CA 94104**

Inmates seeking damages for constitutional injuries may bring those claims under 42 U.S.C. § 1983; the denial of the instant motions is without prejudice to any other remedies open to the movants.

Accordingly, it is

**ORDERED** and **ADJUDGED** that all pending motions in the above-entitled civil action filed *pro se* by plaintiff class members should be, and they are hereby, **DENIED**, but without prejudice to any action taken by counsel for the class with respect to the allegations made in such pending motions.  It is further

**ORDERED** that a copy of this order be furnished to any future movant within the class

Also a prison Litigation Reform Act strike w/

6:98-cv-560

```
                                              MAGRR   MOTREF
                                              APPEAL  BENCH
                                              TRACK3
```

U.S. District Court
Texas, Eastern (Tyler)

CIVIL DOCKET FOR CASE #: 92-CV-308

Davis v. Collins, et al                          Filed: 05/22/92
Assigned to: Judge John Hannah, Jr.
         Referred to: Magistrate Judge Harry W. McKee
Demand: $0,000                    Nature of Suit:  550
Lead Docket: None                 Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


THOMAS C DAVIS, JR            Thomas C Davis, Jr
     plaintiff               342624
                             [NTC]  [PRO SE]
                             MI
                             Michael Unit
                             P O Box 4500
                             Tennessee Colony, TX 75886


     v.


JAMES A. COLLINS, Director of
TDCJ-ID
     defendant


JIMMIE E ALFORD, Warden of
Michael Unit
     defendant


PEGGY THOMPSON, Coordinator of
Interstate Corrections
     defendant


Docket as of December 7, 1998 12:37 pm          Page 1   NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.          MAGRR   MOTREF
6:92cv308     Davis v. Collins, et al                       APPEAL
                                                            BENCH   TRACK3
```

5/22/92   1     Motion by Thomas C Davis Jr to proceed in forma pauperis
                (Tendered for Filing on 5/21/92) (pad) [Entry date 05/28/92]

5/22/92   2     Original Complaint filed  (Tendered for Filing on 5/21/92)
                (pad) [Entry date 05/28/92]

5/28/92   3     In compliance with Article One of the Civil Justice Expense
                and Delay Reduction Plan, and after a review of the
                pleadings, this action has been assigned to track 2 for
                case management purposes. (pad)

6/1/92    4     Order referring case  to Magistrate Judge Harry W. McKee
                (copy file sent)    ( signed by Judge William W. Justice )
                cc:pla on 6/1/92 (pad)

12/2/92   5     Report and Recommendations  of Magistrate Judge Harry W.
                McKee that the pla's lawsuit be dismissed w/out prej as
                frivolous and that the pla's request to proceed ifp be
                denied. Objections to R and R due by 12/14/92 (pad)

12/14/92  6     Acknowledgement by Thomas C Davis Jr of receipt on
                12/8/92., Objections reset to 12/18/92 for [5-1] report
                and recommendations (pad) [Entry date 12/15/92]

12/15/92  7     Objections by Thomas C Davis Jr to [5-1] report and
                recommendations (pad)

1/11/93   8     Amended Objections by Thomas C Davis Jr to [5-1] report and
                recommendations (pad) [Entry date 01/12/93]

3/18/93   9     Order denying [1-1] motion to proceed in forma pauperis
                subject to a determination that he should be allowed to
                proceed on his claims. ( signed by Magistrate Judge Harry
                W. McKee ) cc:pla & dft on 3/19/93 (pad)
                [Entry date 03/19/93]

3/19/93   --    Magistrate Report forwarded  to Judge William W. Justice
                (pad)

3/29/93   10    Final Judgment. It is ORDERED that the pla's lawsuit is
                DISMISSED w/out prej as frivolous. It is further ORDERED
                that the pla's request to proceed ifp is hereby DENIED. It
                further is ORDERED that all motions not previously ruled on
                are hereby DENIED. ( signed by Judge William W. Justice )
                cc:pla & dft on 3/30/93 (pad) [Entry date 03/30/93]

9/16/97   11    MOTION by Thomas C Davis Jr for leave to file Untimely
                Notice of Appeal cc: WWJ, HWM, 5CCA (ll)
                [Entry date 09/17/97]

9/16/97   12    Motion by Thomas C Davis Jr to proceed in forma pauperis (ll)
                [Entry date 09/17/97]


Docket as of December 7, 1998 12:37 pm              Page 2    NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.        MAGRR   MOTREF
6:92cv308    Davis v. Collins, et al                      APPEAL
                                                          BENCH   TRACK3
```

9/17/97   13        Motion by Thomas C Davis Jr for appointment of counsel
                    for purposes of appeal. (ll) [Entry date 09/18/97]

9/17/97   14        Change of address by Thomas C Davis Jr from: Jordan Unit
                    to: Michael Unit (ll) [Entry date 09/18/97]

10/29/97  15        ORDER  denying as moot [13-1] motion for appointment of
                    counsel, denying as moot [12-1] motion to proceed in forma
                    pauperis, denying [11-1] motion for leave to file Untimely
                    Notice of Appeal, and that no appeal fees shall be charged
                    to the pla as a result of the filing of this motion. signed
                    by Judge William W. Justice ) cc: WWJ, parties 10/29/97 (ll)

11/10/97  16        Notice of appeal by Thomas C Davis Jr (notice of appeal and
                    docket sheet sent to Fifth Circuit) cc: WWJ, HWM, parties
                    11/18/97 (ll) [Entry date 11/18/97]

12/17/97  --        Notice of Docketing ROA from USCA Re: [16-1] appeal   USCA
                    NUMBER: 97-41453 (kjr)

12/29/97  17        Motion by Thomas C Davis Jr to proceed in forma pauperis
                    on appeal (kjr) [Entry date 12/30/97]

3/26/98   18        ORDER denying [17-1] motion to proceed in forma pauperis &
                    certifying that Davis' appeal is not taken in good faith
                    (signed by Judge William W. Justice ) cc parties, USCA
                    3/27/98 (kjr) [Entry date 03/27/98]

3/30/98   --        Certified and transmitted record on appeal to U.S. Court of
                    Appeals: [16-1] appeal (1 vol pp 1-22 doc #s 11-18) Note:
                    Document #s 1-10 at FRC; if needed, USCA will advise (kjr)

4/2/98    19        MOTION by Thomas C Davis Jr for return of exhibits (kjr)
                    [Entry date 04/14/98]

4/29/98   --        Requested file from FRC for appeal purposes (kjr)

4/30/98   --        USCA Notice of receipt of record on appeal on 4/1/98 (kjr)
                    [Entry date 05/01/98]

5/18/98   --        Certified and transmitted supplemental record on appeal to
                    U.S. Court of Appeals: [16-1] appeal (1 vol pp 1-31) (kjr)

6/15/98   --        USCA Notice of receipt of supplemental ROA on 5/20/98 (kjr)

6/16/98   --        Case reassigned  to Judge John Hannah Jr. (mll)

6/16/98   20        ORDER referring [19-1] motion for return of exhibits  to
                    Magistrate Judge Harry W. McKee  ( signed by Judge John
                    Hannah Jr. )  cc:pltf 6-16-98 (mll)

6/23/98   21        ORDER  denying [19-1] motion for return of exhibits  (
                    signed by Magistrate Judge Harry W. McKee ) cc HWM,
                    parties, USCA by email 6/24/98 (kjr) [Entry date 06/24/98]

Docket as of December 7, 1998 12:37 pm              Page 3    NON-PUBLIC

Case 2:00-cv-00019   Document 20   Filed in TXSD on 02/14/2000   Page 16 of 22

INTERNAL USE ONLY: Proceedings include all events.          MAGRR   MOTREF
6:92cv308    Davis v. Collins, et al                        APPEAL
                                                            BENCH   TRACK3

| | | |
|---|---|---|
| 6/26/98 | 22 | Certified copy of judgment of USCA dismissing [16-1] appeal USCA #: 97-41453 for want of prosecution for failure of appellant to file brief in support of motion for ifp within the time fixed by the rules.  For the court - by direction. Issued as mandate 6/24/98  cc JH, HWM, JE 6/29/98 (kjr) [Entry date 06/29/98] |
| 6/26/98 | -- | Record on appeal returned from U.S. Court of Appeals: (2 vols) (kjr) [Entry date 06/29/98] |
| 8/4/98 | 23 | UCA ORDER reinstating appeal.  Letter order issued 7/21/98 by USCA. cc JH, HWM, JE 8/6/98 (kjr) [Entry date 08/06/98] |
| 8/4/98 | -- | Reopen [16-1] appeal per USCA order (kjr) [Entry date 08/06/98] |
| 8/10/98 | 24 | Motion by Thomas C Davis Jr to proceed in forma pauperis on appeal - data sheet (kjr) [Entry date 08/17/98] |
| 8/19/98 | 25 | MOTION by Thomas C Davis Jr to amend [2-1] complaint (kjr) [Entry date 08/22/98] |
| 8/26/98 | 26 | ORDER  mooting [24-1] motion to proceed in forma pauperis, to pay 20 percent of each deposit made into the plaintiff's trust account  ( signed by Judge John Hannah Jr. ) cc parties, USCA, finance, Rives, Local Funds 8/26/98 (kjr) |
| 8/26/98 | 27 | ORDER  denying [25-1] motion to amend [2-1] complaint  ( signed by Judge John Hannah Jr. ) cc parties 8/26/98 (kjr) |
| 9/3/98 | -- | Certified and transmitted record on appeal to U.S. Court of Appeals: [16-1] appeal (2 vols - Vol I pp 1-31; Vol II pp 1-37) (kjr) |
| 9/23/98 | -- | USCA Notice of receipt of ROA (kjr) [Entry date 09/25/98] |
| 10/1/98 | 28 | Motion by Thomas C Davis Jr for appointment of counsel (mll) [Entry date 10/07/98] |
| 10/13/98 | 29 | MOTION by Thomas C Davis Jr to extend time to file brief, for copies (kjr) |
| 10/13/98 | 30 | ORDER  denying [28-1] motion for appointment of counsel  ( signed by Magistrate Judge Harry W. McKee ) cc:pltf 10-15-98 (mll) [Entry date 10/15/98] |
| 10/13/98 | 33 | MOTION by Thomas C Davis Jr for application for waiver of local rules (ehs) [Entry date 10/21/98] |
| 10/19/98 | 31 | MOTION by Thomas C Davis Jr to produce documents (mll) [Entry date 10/20/98] |

```
INTERNAL USE ONLY: Proceedings include all events.          MAGRR   MOTREF
6:92cv308      Davis v. Collins, et al                      APPEAL
                                                            BENCH   TRACK3
```

10/19/98 32    ORDER  denying [29-1] motion to extend time to file brief,
               denying [29-2] motion for copies  ( signed by Judge John
               Hannah Jr. )  cc:  JH, USCA, all parties 10/21/98 (ehs)
               [Entry date 10/21/98]

10/27/98 34    ORDER  denying [31-1] motion to produce documents  ( signed
               by Magistrate Judge Harry W. McKee )  cc:  all parties,
               USCA 11/2/98 (ehs) [Entry date 11/02/98]

10/27/98 35    ORDER  denying [33-1] motion for application for waiver of
               local rules  ( signed by Magistrate Judge Harry W. McKee )
               cc:  all parties, USCA 11/2/98 (ehs) [Entry date 11/02/98]

11/1/98  36    Notice of appeal by Thomas C Davis Jr of [30-1] order
               denying appointment of cnsl. Fee Status: not paid (notice
               of appeal and docket sheet sent to Fifth Circuit)  cc:  all
               parties, USCA, JH, HWM 11/3/98 (ehs) [Entry date 11/03/98]

11/12/98 37    ORDER that Clerk shall return the Pla's "brief and amend"
               to him unfiled ( signed by Judge John Hannah Jr. )cc: Davis
               w/brief 11/12/98 (ehs)

11/13/98 38    ORDER, to pay 20 percent of each deposit made into the
               plaintiff's trust account  ( signed by Judge John Hannah
               Jr. ) cc:  all parties, JH, HWM, USCA, Rives, Local Funds
               11/16/98 (ehs) [Entry date 11/16/98]

11/24/98 39    Acknowledgement by Thomas C Davis Jr of receipt on 11/20/98
               of order 37. (ft) [Entry date 11/25/98]

11/27/98 40    Acknowledgement by Thomas C Davis Jr of receipt of Full fee
               order #38 on (no date or signature on card) . (ehs)
               [Entry date 11/30/98]

Nov. 22.99

Clerk of

U.S. District Court
Southern District of Tx
521 Store St.
Courpus Chesti, Tx 98401

United States District Court
Southern District of Texas
REC'D
NOV 2 6 1999

Michael N. Milby, Clerk of Court

Re U.S. vs Wallace United States District Court S.D. Texas
                      civil Action No 14-87-18

Dear Clerk:

I've been deprived of my liberty by a false case
with serious punitile procedures of person admint.
That withholdin good time from me and won't
give it back. see cited Edwaeds v Balisok 117 S.a
15 84. 1587 1997 "In light of the earlier language
characterizing the claim as one of damages for the
deprivation of civil rights.

Edwaeds v. Balisok 117 S. Ct. 1584 1587 (1997) Notez
There is however this critical differece from
Heck: Respondent in his amended complaint inclued
his request to damages for deprivingh him of good
time credits without due peoress

I'm requesting to alter this court by the P.L.R.A.
with the strikes on me feom P.L.RA.

I seek your reply with 1985 frem So I can file a civil rights suite against state goal and prison admin.

Please reply
I'm Handicap crippled my whist are crippled and my fingers are seriously crippling too.

Respectfully submitted

Thomas C Davis

Thomas C Davis Jr
342624 MC Connell Unit
3004 S. Emily Drive
Beeville, Tx 78102

Hal. Michael N Milby
U.S District Court
Southern District of Tx
P.O Box 61010
Houston Tx

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 10 1999    EC

Michael N. Milby, Clerk of Court

Re Prisoners Litigation Reform Act "four streicks"

To Hal Michael N Milby

I have four Prisoners Litigation Reform Act streicks
Against me in C.92-C+308 and the other streicks are
in Ruiz Js Scott H-78 CV-987 and in H-78-CV-987
a strike was Because I asked the court 589 I
don't and did have any mosley about that court
order I doesn't have any Money klor had any Money
Since Jan.? 1997 And enclosed is
and is the proof of that situation the last time
I had any Money

So please read attached documentation to your
Corpus Christi Tx Office I seek Parmission to
Perceed in Your court Because prison Admin is
deprivling me of my freedom liberly Because prison
Admin is depriving of good time on A false
discipline as in U.S J. Wallace 673 F 2d 205

Edwards Vs Balsok ,117 S.ct.1584 1587 (1997)

(2) There is morever, this cetical difference from Heck Respondent in his amended complaint limited his request to damages for depriving him of good-time credits with out due process of law

I've also being depriue of other good time with out due process of law And have dual discharge dates on the same sentence

Again Plase attached documentation to your Corpus Christi Tx office to seek permission to perceed into court on this situation And to proceed 1983 civil action

I declare (state verify certify) under the penalty of perjury the forgoing is true and correct.

Signed this the 6 day of Dec 1999

_Thomas C Davis Jr_
Thomas C Davis Jr No. 342621
MC Coinnell Unit
3001 South Emily Drive
Beeville Tx 28102-9999

P.S. My fingers are seriously crippling so I'm unable as disable to bring litigation into court with out assistance of counsel

# EXHIBITS NOT IMAGED

CVisPDF – www.fasiio.com