# United States District Court

Southern DISTRICT OF Corpus Christi

UNITED STATES OF AMERICA
Thomas Charles Davis Jr V. Wayne Scott

# APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

United States District Court
Southern District of Texas
FILED
FEB 14 2000
MICHAEL N. MILBY CLERK

CASE NUMBER: C-00-19

I, Thomas Charles Davis Jr, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [x] 1983 (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes [ ] No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. Jan. 1982 Man Power

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes [ ] No [x]
   b. Rent payments, interest or dividends? Yes [ ] No [x]
   c. Pensions, annuities or life insurance payments? Yes [ ] No [x]
   d. Gifts or inheritances? Yes [ ] No [x]
   e. Any other sources? Yes [ ] No [x]

21.

AO 240 (Rev. 5/85)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐ No ☑ (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐ No ☑

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan 24/00 (Date) Thomas C Davis Jr Signature of Applicant

## CERTIFICATE

*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ______ on account to his credit at the ______ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ______

______

______

I further certify that during the last six months the applicant's average balance was $ ______

______

Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

______ *United States Judge* ______ *Date*

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

______ *United States Judge or Magistrate* ______ *Date*

[illegible]

[illegible] 0.00 [illegible] 0.00 6MTH [illegible] DEP: [illegible]
[illegible] DEPS [illegible] 0.00 6MTH [illegible] BAL: 0.00 6MTH AVG DEP: [illegible]

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|---|---|---|---|---|---|
| [illegible] | 0.00 | 0.00 | [illegible] | 0.00 | 0.00 |
| [illegible] | [illegible] | 0.00 | [illegible] | 0.00 | 0.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0.00 |

[illegible]

[illegible] 17th [illegible] Dec 1999 [illegible] THIS DOCUMENT [illegible] CORRECT [illegible] MADE BY USE OF INFORMATION CONTAINED [illegible] THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. [illegible]
[illegible]

[signature]

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

ClibPDF - www.fastio.com