United States District Court
Southern District of Tx
Houston Div

United States District Court
Southern District of Texas
FILED
FEB 18 2000
Michael N. Milby, Clerk

Thomas C Davis Jr
    Plaintiff
    Pro-se

Vs.

Wayne Scott Executive
Director Defendants

Civil action no C-00-19
MISC NO C-99-101

---

## Motion For Rehearing

To Hon. Chief Justice of said court

Here comes the plaintiff in the above styled civil action no. Plaintiff argues he's under mental distress because the loss of his good time credits defendants refuse to restore by law Which plaintiff whom is suffering of forfeiture of good time has not been restored Ruiz v Estelle 679 F 2d 1115 1141 (1982) 6.23 Failure to ameliorate over crowding when in fact federal law requires restoring of lost of good-time Ruiz v Estelle supra (fn 117)

Plaintiff argues defendants are responsible by law for the mental distress, mental anguish violation of the 8th Amend U-S Constitution Because defendant refuse to restore the forfeit good plaintiff suffers

(1)

25

mental anguish in this instant case in the upmost is depriving plaintiff from speedy early release from prison Which has cause mental suffering, mental distress, mental anguish. 8th Amend U.S Const. Plaintiff argue(s) is physicial harm done to the human form which pro-se litigant can proceed Forma Paupers By the Prisoners Litigation Reform Act because of the Physicial harm do to the plaintiff

Plaintiff in this instant case rights are being violated even while this civil action is on file on the clerks office

Plaintiff furthermore argues his fundamental rioth access to the courts is hampered. By the osteoarthritis that bend and crippling plaintiffs fingers and keep plaintiffs fingers swollen and my wrist are crippled and swell up during the atempt of any litigation to the courts. Which has obstructed plaintiffs fundamental Ready access to the courts is a "fundamental constitutional right" 1 FN 1831 Ruiz v. Estelle 679 F.2d 1115 1153 (1982)

Which has caused the emproper litigation of the. of past three civil actions

(2)

Of all three litigations the plaintiff has the P.L.R.A. stricks on Which plaintiff has even explain to the courts his arthritis problem. So the courts heartless opinion was passed like the heartless Ms Janis Graham Jack and dismissed a crippled Handicaps federal claim to close the doors of justice to prisoner adequate effective and meaningful access to courts. Which prisoners have fundamental constitutional right to adequate effective and meaningful access to courts to challenge violations of constitutional rights Bounds v Smith, 430 U.S. 817 824 828 97 S.Ct ____ ____ 1977 Which the fedal courts dismissal moot and frivolous in all Prison Litigation Reform Act stricks is in Violation of federal law as 1331 We therefore hold that a complaint filed in forma pauperis is not automatically frivolous within the meaning of §1915(D) because it fails to state claim. The judgment of the Court of Appeals accordingly Affirmed Natzke v Williams 490 U.S. 319, 331 109 S.Ct. 1827 1834 (1989)

(3)

## Relief

Plaintiff seeks relief of Proceeding Forma Pauperis as a handicap crippled plaintiff unable to properly defend himself.

I declare (state certify verify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

Signed this the 11th day of Feb 2000

Plaintiff Thomas C Davis, Jr no 342624
McConnell Unit
3001 S Emily Drive
Beeville, TX 78102-9999

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS C. DAVIS, JR., MOVANT § § § § § § | MISC. NO. C-99-101 |

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Thomas C. Davis, Jr., a Texas prisoner, filed this motion to proceed *in forma pauperis* (D.E. 1). Davis seeks leave of Court to file a civil rights lawsuit under 42 U.S.C. § 1983 and to proceed *in forma pauperis* despite being barred from doing so by the three strikes rule, 28 U.S.C. § 1915(g). Davis has already presented his claims in another civil rights lawsuit, Civil Action C-00-19. Davis' request for leave to proceed *in forma pauperis* will be considered in that action. Accordingly, Davis' motion to proceed *in forma pauperis* is DENIED.

ORDERED this 6th day of February, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE