UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS CHARLES DAVIS, JR. | § |
| | § |
| v. | § C. A. NO. C-00-019 |
| | § |
| WAYNE SCOTT, ET AL. | § |

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court

## ORDER

Plaintiff's Motion to Proceed *In Forma Pauperis* (D.E. 21) is DENIED as moot. Plaintiff has already been granted *in forma pauperis* status (see D.E. 16).

SIGNED this ___25___ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE