United States District Court
Southern District of Texas
Houston Div.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 22 2000  CS

Michael N. Milby, Clerk of Court

Thomas Charles Davis, Jr
Plaintiff
Pro-se

vs.                                    Civil Action no 2:00-CV-00019

Wayne Scott Executive
Director        Defendants

## Motion For Rehearing
## For Forma Paupers

To Hon. Judge of said court:

Here comes the crippled plaintiff in the above styled civil action In his instant Motion For Rehearing For Forma Paupers. Plaintiff argues his physical injury caused by mental distress which is mental anguish violation of the 8th Amend. U.S. Const cruel and unusual punishment which was caused by the defendants depriving the plaintiff of this rights and privileges United States Code Annotated 18 §242 Deprivation of Rights under color of law to obstruct justice in cited federals laws in this civil action United States Code Annotated 18 §1511 to even inasmuch to deprive the plaintiff of speedy release from prison by refusing to restore any forfeited good-time credits forfeit through prison disciplinary procedures.

(1)                                            28.

In this instant case federal law requires restoring lost of good-time Ruiz v. Estelle, 679 F.2d 1115, 1141 (1982)(FN 116), (FN 117) rather than damages for the deprivation of good time credits we think that this passage recognized a §1983 for using the wrong procedures Heck v. Humphrey, 114 S.Ct. 2364, 2370 (1994) Edwards v. Balisok, 117 S.Ct. 1584, 1587 (1997) Plaintiff argues of being deprive of his liberty because defendants have and are withholding good time credits. By refusing to restroy forfeit good time, which is keeping the plaintiff from any speedy release as argued earlier Which they may not be deprived of life liberty or property with out due process of law Haines v. Kerner, 404 U.S. 519 92 S.Ct. 594, 30 L.Ed.2d 652 (1972); Wilwording v. Swenson, 404 U.S. 249 92 S.Ct. 407 30 L.Ed.2d 418 (1971) Screws v. United States, 325 U.S. 91 65 S.Ct. 1031 89 1495 (1945) Wolff v. McDonnell 418 U.S. 539, 556 94 S.Ct. 2963, 2974 (1974), An without due process of law. Thus, he contended that he had been deprived good time credits with due process of law. Preiser v. Rodriguez, 411 U.S. 475, 478, 93 S.Ct. 1827, 1830 (1973)

(2)

[76-78]
Ready access to the courts is a "fundamental constitutional right" 183 <u>Ruiz v. Estelle</u>, 679 F.2d 1115 1153 (1982) VII Due Process Issues 7.1 Access to Courts

Plaintiff in this instant case inasmuch these illegal stricks of the <u>Prisoners Litigation Reform Act Finding Davis v. Scott</u> 6:92-CV-308 & <u>Davis v. Pres Wm Clinton</u> 6:98-CV-560 found frivolous and/or moot in in violation of following cited Supreme Court law United States code Annotated 18 §242 Deprivations of Rights under color of law. Because inasmuch in [531] We therefore hold that a complaint filed in forma pauperis is not automatically frivolous with in the meaning of 1915(D) because it fails to state claim The judgment of the court of Appeals accordingly Affirmed <u>Neitzke v. Williams</u> 490 U.S. 319 331 109 S.Ct 1827 1834 (1989)

More important the majoritys opinion implicitly reveals one third of a congressional enactment specifically designed to protect the federal constitution. rights of citizens from deprivations by state officers including judges <u>Dykes v. Hoseman</u> 776 F.2d 942 954 (1985)

Which plaintiffs suffering from mental distress. mental anguish. 8th Amend U.S. Const. In this instant case inasmuch plaintiffs physicial injury will satify <u>Prisoners Litigation Reform Act</u> in this instant case furthermore in physicial injury cause by defendants depriving him in his rights and privileges in this civil action

Plaintiff furthermore argues his fundamental right access to the courts is hamped. restricted. By osteoarthrit in plaintiffs bone joints, that bent and slightly crippling Plaintiffs finger that swell even plaintiffs wrist Are crippled. which keeps the plaintiff from proper litigation into the courts. that found plaintiffs litigation moot or frivolous. An because of plaintiffs problem unable to proper litigate. By being crippled Went inasmuch as the Heartless opinion that was passed by Hon Janis Graham Jack court "Corpus Christi Div denied the plaintiffs forma pauperis. To close the doors of justice to prisoners have fundamental constitutional right to adequate effective and meaningful access to courts to challenge violations of constitutional rights <u>Bounds v. Smith</u> 430 U.S 817 824, 828 97 S.Ct. 1491, 1496, 1498, (1977)

(4)

## Relief

Plaintiff seeks relief of judgement of <u>Federal Civil Judicial Procedure and Rules</u> Rule 60(b). Plaintiff seeks also relief of judgment of the Prisoners Litigation Reform Act past two stricks that are in violation of cited <u>Neitzike v. Williams</u> pg 3 of this brief so plaintiff can proceed Forma Pauperis so the doors of justice won't be closed to the crippled Plaintiff

## Relief

Plaintiff has proven physical injury mental distress that mental anguish which satifys the Prisoners Litigation Reform Act. Plaintiff seeks he be granted Forma Pauperis so he can bring fourth he claim of plaintiffs rights and privileges have been collously recklessly arbitrary violated in this civil action by the defendants

I declare (state verify certif) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Seaned this the 18th day of Feb 2000

Thomas C Davis Jr
McConnell Unit
3001 South Emily Drive
Beeville Texas 78102-9999

(5)