Hon Michael Milby
US District Court
Southern District of TX
Houston Div
P.O. Box 61010
Houston, TX 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 22 2000  CS
Michael N. Milby, Clerk of Court

C-00-19

Re: Plaintiff in Ruiz v. Scott civil action no H-78-CV-987

Dear Clerk

Plaintiff in Ruiz v. Scott civil action no H-78-CV-987 as a individual member of the class may assert any equitable or declaratory claims Gillespie v. Crawford, 858 F.2d 1101, 1103 (5th Cir 1988) Plaintiff of Ruiz v. Scott H-78-CV-987 will leave this civil action for declaratory relief as Gillespie v. Crawford supra. To argue the Plaintiffs rights privileges have been violated in Thomas Davis, Jr vs. Wayne Scott Defendents civil action no. C-00-19 Plaintiff seek this civil action be transfered to the Ruiz Court Judge Justice William Wayne Justice because plaintiff is one of the original plaintiffs of the Ruiz Court since 1982. Uiz plaintiff fingers are bending crippling from osteoarthritis. along with the plaintiffs crippled wrist. Which meets the "exceptional circumstances" in Ulmer v. Chancellor 691 F.2d 209, 212 (5th Cir 1982)

29.

Which was the erroneous view of the law Chaves v. M/V Medina Star 47 F.3d 153, 156 (5th Cir 1995) [3-4], and not the erroneous view of evidence Plaintiff argues he don't have healthy fingers to do proper litigation, which magistrate Judge/District Court erroneous view of the law in Chaves v. M/V Medina Star supra on that exceptional circumtance(s) in cited Ulmer v. Chancellor 691 F.2d 209, 212 (5th Cir 1982)

So in this instant case this is a impediment of justice to interfer with the plaintiffs right [77] Ready access to the courts is a fundamental constitutional right [FN 183] Ruiz v. Estelle, 679 F.2d 1115, 1153, (1982) VII Due Process Issues 7.1 Access to Courts

    Plaintiff seeks appointment of counsel and relief entitled to by law

    Plaintiff has had a inmate do the typing with expencive typing ribbons at $6.45 from the unit commissary, that the plaintiff can't replace An a correct type litigation is enclosed of brief and orginal motion of appointment of counsel

I declare (state verify certify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this the 10 day of Feb 2000

Thomas Charles Davis, Jr no 342624
T.D.C.J-I.D McConnell Unit
3001 South Emily Drive
Beeville Tx 78102-9999

P.S. courts dismissal of the motion to appoint counsel is enclosed to the Houston Dis

P.S.S Plaintiff also seeks relief to Proceed Forma Paupers because defendants have deprive the plaintiff of his rights, plaintiff suffers from mental distress which is mental anguish. violation of 8th Amend. U.S. Const. cruel and unuausl punishment. Which is plaintiff Physicial injury done defendants Which is excepted by Prisoners Litigation Reform Act

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2000

Michael N. Milby, Clerk of Court

THOMAS CHARLES DAVIS, JR. §
§
v. § C. A. NO. C-00-019
§
WAYNE SCOTT, ET AL. §

9.

## ORDER

Plaintiff's Motion to Appoint Counsel (D.E. 7) is DENIED without prejudice. The need for appointed counsel will be considered after the screening required by 28 U.S.C. § 1915A.

SIGNED this ___28___ day of January 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE