# United States District Court

Southern _____ DISTRICT OF Texas Corpus Christi Div.

Thomas C Davis, Jr.

v.

Wayne Scott Executive Director of TDCJ-ID and Defendant(s)

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 2:00-CV-00019

United States District Court
Southern District of Texas
FILED

FEB 24 2000

MICHAEL N. MILBY, CLERK

I, Thomas C Davis Jr, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] 1983 _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: As a suit for damages. As a civil action against Texas prison admin deprived of liberty rights and privileges and also because defendants refuse to restore my good time has kept me from speedy early release.

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐  No ☑

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes ☐  No ☑
   b. Rent payments, interest or dividends?    Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐  No ☑
   d. Gifts or inheritances?    Yes ☐  No ☑
   e. Any other sources?    Yes ☐  No ☑

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/18/00
ML18/SEN9611                 IN-FORMA-PAUPERIS DATA                  15:51:50
TDCJ#: 00342624 SID#: 03021735 LOCATION: MCCONNELL       INDIGENT DTE: 01/24/96
NAME: DAVIS,THOMAS CHARLES JR.          BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:            0.00 TOT HOLD AMT:          0.00 3MTH TOT DEP:      0.00
6MTH DEP:               0.00 6MTH AVG BAL:          0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE  TOTAL DEPOSITS     MONTH HIGHEST BALANCE  TOTAL DEPOSITS
01/00       0.00            0.00          10/99       0.00            0.00
12/99       0.00            0.00          09/99       0.00            0.00
11/99       0.00            0.00          08/99       0.00            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _18th_ DAY OF _Feb_ , _2000_ CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1--HELP PF3--END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*[Signature: Julia Z. Lopez]*

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS C. DAVIS | § | |
| | § | |
| V. | § | C.A. NO. 00-19 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## ORDER TO SHOW CAUSE

Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983. A notice of deficient pleading was entered advising plaintiff that, within twenty days, he must pay the $150 filing fee or submit a completed application to proceed *in forma pauperis* ("ifp") accompanied by a certified copy of his trust fund account statement (D.E. 3). Plaintiff responded by filing an unsigned application for leave to proceed ifp (D.E. 5). On January 31, 2000, the Court entered an order striking plaintiff's application to proceed ifp and granting him ten days in which to refile a signed application (D.E. 8). To date, plaintiff has failed to comply.

Plaintiff is ordered to show cause why his complaint should not be dismissed for want of prosecution, Fed. R. Civ. P. 41(b), and failure to comply with the Prisoner Litigation Reform Act, 28 U.S.C. § 1915. Plaintiff is ordered to pay the $150.00 filing fee or submit a signed application to proceed ifp with a certified copy of his inmate trust fund statement within twenty (20) days of the entry of this order. Failure to comply with this order may result in the dismissal of this action.

The Clerk is directed to forward a blank application to proceed ifp to plaintiff with a copy of this order.

ORDERED this 14 day of February, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

United States District Court
Southern District of Texas
Corpus Christi Div.

Thomas Charles Davis, Jr

Vs.

Wayne Scott, Executive
Director, Defendants

Civil Action no. 2:00CV-00019

Motion To Proceed
Forma Paupers

To Hon Judge of said court
  Here comes the crippled plaintiff in the above styl- civil action no en this said court. In his Motion to Proceed Forma Paupers and plaintiff argues his physical injury caused by mental distress. Which is mental anguish. 8th Amend U.S. Constitution Cruel and unusual punishment. Which is caused by defendants refusing to restore forfeit good to lengthen plaintiffs sentence to the plaintiff from a speedy earlier release (see typed brief) in the deprivation of Rights under color of law United States Code Annotated 18 §242 Which inasmuch the plaintiffs physical injury as argued will satify. The Prisoners Litigation Reform Act

In this instant case in this instant case federal law requires the restoration of the lost of the plaintiffs 215 days of forfeit good time time credits By restoring lost of forfeit good time credits Ruiz v. Estelle, 679 F.2d 1115, 1141 (1982)(FN 116)(FN 117) 623 Failure to ameliorate over crowding rather then damages for the deprivation of good time credits we think this passage recognized a §1983 for using the wrong procedures Heck v. Humphreys, 114 S. Ct. 2364, 2370 (1994) Edwards v Balisok, 117 S. Ct 1584 1587 (1997)

Plaintiff argues his being denied liberty with out Due process of law Because defendants are withholding good time credits refusing to restore plaintiffs forfeit good time credits. that's lengthen plaintiffs sentence to keep the plaintiff from early release. Which They may not be deprived of life liberty or property with out due process of law. Haines v Kerner, 404 U.S 519 92 S.Ct 594 30 L Ed 2d 652 (1972) Wilwording v Swenson 404 U.S. 249 92 S Ct 407, 30 L. Ed. 2d 418 (1971) Screws v United States, 325 U.S. 91 65 S. Ct. 1031 89 L Ed (1945) Wolff v. McDonnell, 418 U.S. 539 556 94 S. Ct. 2963, 2974 (1974) Thus he contended that he had been deprived good time credits with out due process of law Preiser v Rodriquez, 411 U.S. 475, 478 93 S. Ct. 1827 1830 (1973), An because the plaintiff rights are daily

being violated because defendant deprive the plaintiff of his liberty without due process of law Because defendants refuse to restore forfeit good time credits to deprive the plaintiff of speedy release and lengthen plaintiffs sentence Which They may not be deprived of life liberty or property without due process of law Hains v. Kener, 404 U.S. 519 92 S. Ct 594 30 L.Ed 2d 652 (1972) Thus he contended that he had been deprived good time credits with due process of law Preiser v Rodriguez, 411 U.S. 475 478 93 S.Ct. 1827 1830 (1973)

Plaintiff in the upmost argues hes not able to do proper litigation unto the courts and make timely replies to the courts Because plaintiffs wrist are crippled and fingers are slightly crippling from a bone joint disease, osteoarthritis that keeps plaintiffs swelled up slightly around said bone joints. that hampers restricts plaintiffs "fundamental constitutional right" access to the courts With out the assistance of court appointed counsel plaintiffs litigations have been found moot and/or frivolous (when plaintiffs fundamental constitutional right has been tendered by this

(When) prisoners have a fundamental constitutional right to adequate effective and meaningful access to courts to challenge violations of constitutional rights Bounds v. Smith, 430 U.S. 817 824, 828 97 S.Ct 1491, 1496, 1498 (1977) Ready access to the courts is a fundamental constitutional right 183 Ruiz v. Estelle, 679 F. 2d 1115, 1153 (1982) V.1 Due Process Issues 7.1 Access to courts [76-78]

Plaintiff states in this instant case inasmuch as the following illegal stricks of Prisoners Litigation Reform Act Prisoners Litigation Reform Act steck in Davis v. Collins, 6:92-CV-308 and Davis v. Pres. Wm Clinton, 6:98-CV-560 found these civil actions frivolous and/or moot is violation of cited Supreme Court law 1531 We therefore hold that a complaint filed in forma pauperis is not automatically frivolous with in the meaning of 1915 (D) because it fails to state claim. The judgment of the Court of Appeals accordingly Affirmed Neitzke v. Williams, 490 U.S. 319, 331 109 S.Ct 1827 1834 (1989) in the Deprivations of Rights under color of law United States Codes Annotated 18 § 242 Even in a ct

More important the majority's opinion implicitly repeals one third of congressional enactment specifically designed to protect the federal constitution rights of citizens from deprivations by state offices including judges. <u>Dykes v. Hasman</u> 776 F 2d 942, 954 (1985)

## Relief

(1) Plaintiff seeks relief of Judgment of Federal Civil judicial Procedure and Rules Rule 60(a). The relief of judgment of the illegal stricks of Prisoners Litigation Reform Act, because their in violation of cited <u>Netzike v. Williams</u> on pg 4 of this brief An to let plaintiff plaintiff proceed Forma Pauperis. so the doors of Justice isn't closed to the crippled plaintiff

(2) Plaintiff has proven his physical injury, mental distress that prescribed by the 8th Amend U.S. Const- cruel and unusual punishment. Which satifys The Prisoners Litigation Reform Act on physical injury. So now the crippled plaintiff can bring fourth his claims of plaintiffs rights, priveleges have been callously recklessly arbetrary deprived of by

I declare (state certify declare) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this the 18th day of Feb 2000

Thomas C Davis Jr  no 342624
MC Connell Unit
3001 South Emily Drive
Beeville, Tx 78102-9999

I declare (state certify declare) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this the 18th day of Feb 2000

Thomas C Davis Jr no 342624
McConnell Unit
3001 South Emily Drive
Beeville, Tx 78102-9999