UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court

THOMAS CHARLES DAVIS, JR. §
§
v. § C. A. NO. C-00-019
§
WAYNE SCOTT, ET AL. §

## ORDER STRIKING PLEADINGS

On February 8, 2000, plaintiff's motion for appointment of counsel was struck for lack of a certificate of prior conference; plaintiff was ordered not to file the motion again until judicial screening had taken place pursuant to 28 U.S.C. § 1915A. See D.E. 12. Plaintiff has filed another motion for appointment of counsel (D.E. 19). That motion is STRUCK.

On February 9, 2000, plaintiff was ordered not to file any more amended complaints without leave of court. See D.E. 13. He has filed two more amended complaints, D.E. 20 and D.E. 23. Those complaints were filed without leave, and are STRUCK.

SIGNED this ___25___ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE