UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2000

Michael N. Milby, Clerk of Court

THOMAS CHARLES DAVIS, JR.       §
                                §
v.                              §   C. A. NO. C-00-019
                                §
WAYNE SCOTT, ET AL.             §

## ORDER

Plaintiff continues to file motions to appoint counsel (D.E. 18-2, D.E. 24, D.E. 29-2, D.E. 31, D.E. 34) despite having been ordered to refrain from doing so until this case has been judicially screened (D.E. 12, D.E. 35). The above pleadings are STRUCK. Plaintiff is advised that continued disregard of the Court's orders, and continued filing of repetitive motions, may result in the imposition of sanctions.

SIGNED this _28_ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE