Clerk of
United States District Court
Southern District of Tedas
Corpus Christi Div
521 Starr Street rm 101
Corpus Christi, TX 98401

United States District Court
Southern District of Texas
FILED

FEB 28 2000

MICHAEL N. MILBY, CLERK

Re: Davis v. Scott civil action no. 2:00-CV-00014

Dear Clerk(s)

The pleadings drafted in a ink pen from me seek-
ing a 180 day extention and requesting to leave
to Amend litigation. Because the plaintiffs' civil
rights have also been violated while this civil action
is on file in the clerks office Please put this matter before
Ms. Jane Cooper Hill United States Magistrate Judge
for relief entitled by law An rasmuch in this instant
case this court(s) order(s) have as much been 5 days late
So how can plaintiff comply promptly to court orch-
to have ready access to the court thats a funda
mental constitutional right (FN 183) Ruiz v. Estelle 679 F2d
1115, 1153 (1982) √ II Due Process Issues 2.1 Access to
Courts. Which in this instant case defendents(s) and
McConnell unit defendant Jo Ann Davis mail rm with holds
the plaintiffs mail "legal mail" from this court 24 hours
about then a past with in that time this unit mail
room :

(1)                                                            38.

issues a mail rm pass that. The plaintiff recieves late
that night at mail call. that is for the plaintiff to
to pick up his mail and come to the mail rm
M°Connell Unit. Which is Regulations and practices
that unjustifiably obstruct such access are invalid.
(F N 18⁴) *Ruiz v. Estelle*, 679 F 2d 1115,1153 (1982) VII Due
Process Issues 7.1 Access to Courts, Which plaintiffs
argues these regulations and practices to obstruct
Plaintiffs ready access to the courts

Plaintiff is a indigent prisoner and defendants)
enasmuch as S. Encinia, MC Connell Unit law library
indigent supplies has the plaintiff on indigent supplies
(ink pen, paper, carbon paper, envelose(s)) restriction
Because of the restrictive rationing of indigent supplies
bu defendant(s) Carlos R Verduzco Jr. Opal S
Stephens, Sabas Encincia, Jr., Julpa g Lopez, J Green
M°Connell Unit Law Library (indigent supplies) 3001 South
Emily Drive Beeville. Tx 78102-9999.
These named M°Connell unit prison state employees
are restrictive rationing is illegal restrictive policies

Of those items that ain't listed restrictive means
of any disciplinary court and plantiff will show
this court thro restrictive meaures are applied by
szison discustinary committee and not by defendants
reckless, disregard thats callous arbitrariness deprivation.
Plantiff argues the following procedures of applying
restrictive meaures. for violation of prison rules
the District Court found 342 S. Supp at 625-626 that
following procedures were in effect when an inmate
when an inmate is writen up or charged with a
prison violation:[10]

(a) The Chief correction supervisor reviews the write-ups
on the inmates by the officers of the Compled daily.

(b) the convict is called to a conference with the
chief corrections supervisor and the charging party.

(c) following the confence. a conduct report is sent
to the Adjustment Committee.

(d) there follows a hearing before the Adjustment
Committee and the report is read to the inmate
and discussed.

(3)

"(e) if the inmate denies charge he may ask questions of the party writing him up:

"(f) the Adjustment Committee can conduct additional investigations if it desires:

"(g) punishment is imposed

Wolff v. McDonnell, 418 U.S. 539, 552, 553, 554 97 S.Ct. 2963 2973 (1974) Which defendants in this cause of action in the Depreviation of rights under color of law United States Code Annotated 18 §242 Plaintiffs rights are being violated while this civil action is on file in the clerks office. An in this instant case plaintiff is restricted from excess-ively redress his grievances to the federal cor. Because of the policies and regulations, that restrain the plaintiff to on file on grievance a wk! once Which defendants are depriving me my first Amend rights of the U.S. Const. the right to petition the gov for a redress of grievances

Which defendants policies, regulations that restrict plaintiffs right to excessively redress grievance!

which in this instant case is restricting and obstructing

(4)

[7678] Plaintiffs Ready access to the courts is a "fundamental constitutional right" [183] Ruiz v Estelle 679 F 2d 1115 1153 (1982) That defendants the regulations and practices that unjustifiably obstruct such access are invalid [184] Ruiz v Estelle 679 F 2d 1115 1153 (1982) VII Due Process Issues ¶ 1 Access to Courts

Bey even inasmuch (prisoners have fundamental constitutional right to adequate effective and meaningful access to courts to challenge violations of constitutional rights.) Bounds v Smith, 430 U S 817, 824 828 97 S. Ct _____ (1973)

Defendants are withholding the plaintiff on a punitive custody level on a false disciplinary case from another unit in the prison system and Plaintiff needs to leave to amend with 180 day extention so plaintiff can amend Plaintiff also seeks this court order the Defendant to let plaintiff proceed through The grievance procedure excessively every wk, so the plaintiff can have these excessive complaints of his civil rights Being violated though the grievance procedures, on how defendants have on are violating, the plaintiffs civil rights

An so this court have the evidence, of the defendants violating the plaintiffs civil rights!

(5)

(2) Plaintiff encloses as evidence (1) the courts reply to the plaintiff that plaintiff receive 6 days later! Plaintiff seeks this court order defendant(s) McConnell mail room to call the plaintiff out immediatly once defendants have the plaintiffs legal mail!

(3) The un filled grievance enclosed is for evidence see Back of Grievance for defendants rules, policies regulations that stop the plaintiff a limit the plaintiff to only one grievance a wk and stops the plaintiff in filling excessive complaints so plaintiff can't redress his grievances 1st amend right U.S Constitution

I declare (state verify certify) Under the penalty of Perjury the foregoing is true and correct to the best of my knowledge

Signed this the 25 day of Feb 2000

Thomas Coldwell Jr 342624
McConnell Unit
3001 South Emily Drive
Beeville, TX 78102-9999

P.S. False disciplinary case 2ex04 copy enclosed for evidence

(6)

Case 2:00-cv-00019    Document 38    Filed in TXSD on 02/28/2000    Page 7 of 19

UNIT: EA    HOUS: [illegible]

CLASS L3    CUST: ME    PRIMARY LANG: ENGLISH

FRAC: HA / 989    OFF: [illegible] 02/21/[illegible] 10:45 PM    LOCATION: CA COMMISSARY NORTH
TYPE: ID

## OFFENSE DESCRIPTION

ON [illegible] AS LISTED ABOVE, AND AT THE NORTH COMMISSARY, OFFENDER,
THOMAS, JAMES JR., TDCJ-ID NO. 00641234, DID INTENTIONALLY DESTROY FOUR (4)
CARDS SINCE [illegible] JAN 1, 1990, SAID PROPERTY BELONGING TO THE STATE

CHARGING OFFICER: JOHNSON, R. PURCHASER II    [illegible]

### OFFENDER NOTIFICATION    (IF APPLICABLE)

TIME & DATE NOTIFIED: 6:4[illegible]  2/24/99 BY: (PRINT)   KOSTA, C.S.
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR [illegible]
NOTICE.  DO YOU WANT TO ATTEND THE HEARING? YES  NO  [illegible] YOU DO [illegible]
[illegible] GUILTY  NOT GUILTY
NOTIFICATION SIGNATURE: X [signature]           DATE: [illegible]
[illegible] BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE [illegible]
OFFICER TO PROCEED WITH THE HEARING
[illegible] WAIVER SIGNATURE:                    DATE: [illegible]

### HEARING INFORMATION

[illegible] DATE: 2-25-99  TIME: 7:55  TAPE: 2/62  [illegible] START: [illegible] STOP: [illegible]

[illegible] BY NUMBER: (1)IF COUNSEL SUBSTITUTE [illegible]
[illegible] THE ACCUSED OFFENDER WAS [illegible]
[illegible] IN HEARING (3) IF ACC[illegible] WAS [illegible]
[illegible] NOTIFIED, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXC[illegible]
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION [illegible] CROSS-EXAMIN[illegible]
WITNESS AT THE HEARING (7) IF INTERPRETER USED (SI[illegible]

OFFENSE CODE(S)        18.2    [illegible]
[illegible] PLEA: (G, NG, NONE)   NG
FIN[illegible]     (G, NG, DS)    NG  G  G
REDUCED TO MINOR(PRIOR TO DOCKET) (DOCKET)   [illegible]HEARING [illegible]
IF GUILTY, EVIDENCE PRESENTED, CONSIST[illegible], AND REASONS FOR [illegible]
GUILT, (ADMISSION OF GUILT, OFFENSE [illegible] REPORT, C[illegible], WITNESS, TESTI[illegible]
EXPLAIN [illegible]TAT[illegible]    [signature]

### PUNISHMENT

| | |
|---|---|
| LOSS OF PRIV(DAYS) | REPRIMAND    [illegible]TARY (DAYS) |
| RECREATION(DAYS) | EXTRA DUTY(HOURS) |
| COMMISSARY(DAYS) 30 | CONT.VISIT SUSP THRU [illegible] [illegible] LOSS FROM  TO |
| PROPERTY(DAYS) | CELL RESTR(DAYS) [illegible] GOOD TIME LOST(TE[illegible] 15 |
| [illegible] (DAYS) | SPECIAL CELL RESTR(DAYS) [illegible] (DAYS) |

SPECIFIC FACTOR REASON(S) FOR [illegible] OR PUN[illegible] (MERGED)
[signatures]

CREDIT [illegible] PREHEARING DETENTION [illegible] TES(DAYS)
DATE PLACED IN [illegible] HEARING DETEN[illegible]    HEARING [illegible]D[illegible]TH
OFFENDER SIGNA[illegible] [illegible]RECEIPT AND DISCIPL[illegible] REPORT[illegible]
[signature]
HEARING OFFICER LABEL: [illegible]    STATE CLASS [illegible]
(FORM I-47MAY DIRECT COUNSEL [illegible]G[illegible] IS 30% NO[illegible]

ClickPDF - www.fastio.com

Case 2:00-cv-00019  Document 38  Filed in TXSD on 02/28/2000  Page 8 of 19

Senior Warden Thomas Prasifka                    9-14-99
MC Connell Unit

[stamp: SEP 1999]

Dear Mr Prasifka
    By TDCS-ID regulations and procedures of
grievances.

As long as I'm being with help ~~sorted~~ out close
custody. Because of a frandulent case 990185443
I have the right to file a complaint through the
grievance procedures Because I'm being illegally
detained because of that bogus case

I'm in hope you comprehend that.
Thank you for your time in this matter!

    Thomas C Davis, Jr
    342624 MC Connell Unit
    8-L-25

~~The~~ Response says. your appeal has been filed
over the time limits. Do you understand the
response. You were found guilty of
the original charge based on preponderance
of evidence by the Hearing officer.
                                ℗ 9-15-99

This happened on 6-30-99

Case 2:00-cv-00019   Document 38   Filed in TXSD on 02/28/2000   Page 9 of 19

Senior Warden Thomas Prasifka                    12-27-99
MC Connell

OCT 1999

Mr Prasifka

After I came to this unit from Eastham
I had a Wardens interview you I told you I
had to think of a way To explain to you how Eastham
Unit Messed over me they screwed me! And I explained
to you about my past disciplinary record even put
out in the fields with a history of Arthritis and any
one with enough brains knows anyone with a
history of Arthritis can't do that strenous field work!
So they screwed me More and wrote me up. fields

Now you told me about this bullshit case No 99015549/3
file a grievance I done. so and I got screwed
More!

I've got 18 yrs in the system and I'm tyred of getting
screwed by "prison admin."

As long as I'm held on Your punitive custody
I have a right to file a grievance appeal on that
situation I do so and got screwed

Case 2:00-cv-00019  Document 38  Filed in TXSD on 02/28/2000  Page 10 of 19

You even run reclass at times to reclass
prisoners
And over this bullshit case You and if you
want to make me mi custody and all My
stuff back. To straighten this screwing out!

Sgt M. Husee knows I ain't No ass hole So Way
Am I being treated like a _ass hole!_

The Eastham Unit disciplinary court didn't have
the proff I destroyed state property Named 4 IDs
Because I Never destroyed anything that bullshit
case I said I destroyed on that False case 990185443

So the disciplinary court screwed me more and
altered the false charge to Failure to Maintain
disciplinary code 18.3 Which security ~~had~~ mi/
ID and didn't give it back

Now its almost 10 Mos. on punitive custody
on another bullshit charge Failure to Maintain
isn't it gone to fare screwing me for almost
10 mos
Enclose is the same grievance you signed. You told
Me todo so and I got screwed MORE

I seek that you take thes screwing off me!
out me on mi custody now and give me some
time of good time earning status "SAT"

I writed B.O.C. about this bullshit case no 9901854d3
They stated if I have a problem Resolve it at the
unit I tryed and got screwed more the grievence
is enclose to prove to you I got further more screwed

Respectfully
Thomas CDavis Je 347262ll
• 7-G-4-Bottom

10-9/99

Sheriff Robert Hord,
1511 E Toledo Street
Beeville, Tx

10-13-99

Dear Sheriff R. Hord
    Enclosed is a complaint and I also seek your
prompt/reply.

    Also seek the action Requested by the Laws of
America

    Thank you for your time in this matter
Respectfully submitted
    Thomas C Davis. Jr
    342624 MC Connell Unit
    3001 South Emily Drive
    Beeville, Tx  78103

Mr Robert L Hord
Sheriff
1511 E Toledo Street
Beeville, Texas 78102

**Penalty for FALSIFYING an OFFICIAL GOVERNMENT DOCUMENT**
TEXAS PENAL CODE. Sec. 37.10 Tampering with a Government Record
A person commits an offense if he knowingly makes a false entry in, or false alteration of, a government
record, or makes, presents, or uses a government record with knowledge of its falsity. An offense
under this section is a felony of the third degree if it is shown on the trial of the offense that the actor's
intent is to defraud or harm another. In which event the offense is a felony of the second degree

Dear Sheriff Hord

I'm seek arrest warrents for MC Connell Unit employees.

For Acessory to After the Fact <u>United States Code Annotated 18 § 3</u> to Criminal Conspiracy. <u>United States Code Annotated 18 § 242</u> To Deprive the Rights of Complaintant <u>United States Code Annotated 18 § 242</u> in Falsifying Gov. (An official Government Document Name Disciplinary Record.) That was falsifyed by Mr. Randy Johnson Commissary Mgr Eastham Unit in Violation of Texas Penal Code sec. 37.10 Named disciplinary record (Gov Record) report No. 990185444

That following Texas Dept of Crim. Just. Inst. Div. MC Connell Unit, 3001 South Emily Drive, Beeville, Texas 78102. Asst Warden W A Hodge, Senior Warden Thomas Prasifka, Asst Warden T Simpson and Major N. Jackson, Major Morris, Chief of Unit Classifications

Are responsible under the color of state For with
holding me on punitive custody Because that Falsified
official Gov. Document (Texas Penal Code sec. 37.10
Tampering with Gov Record) Name disciplinery Report
No 9901854#3

which is Acessory After the Fact. United States Code
Annotated 18 §3 and to Criminal Conspiracy United
State Code Annotated 18§ 241 To Deprive the
Complaintant of Rights United States Code
Annotated 18§ 242 (Deprivation of Rights)

I seek those Named state employees at Texas Dept of
Criminal Just. Inst. Div MC Connell Unit Beeville, Tx
arrested, and jailed for the cited crimes in this
complaint I seek this task be done promptly

I Thomas C Davis Jr state Raddy Johnson,
Commissary, Mgr Eastham Unit Housten Co did
Falsify said records and Stating Thomas C Davis Jr
did destory 4 ID cards Since March 98
That Wasn't Never destroyed Which Raddy John-
son Neiler witness No destruction of state propeet.
Named IDS Because the Complaintant Thomas C

Davis, Jr prison No 342624 destroy only state property
NAme ID° Because Thomas C Davis, Jr 342624 didn't
destroy No state Property NAme ID The ID was in the
hands of prison security Eastham Unit Houston Co.

I declare (state verify certify) under the penalty of
perjury is true and correct to the best of my
Knowlledge

Signed this the __9__ day of __Oct__ 1999

Complaintant

Thomas C Davis Jr

Thomas, C Davis Jr
342624 Texas Dept of Criminal
Just. Inst. Div. MC Connell Unit
3001 South Emily Drive
Beeville, Tx 78102

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Action Requested to Resolve your Complaint.**

_____

_____

_____

_____

**Offender Signature:** _____   **Date:** _____

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)          UGI: _____

CMdPDF - www.fastio.com

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS CHARLES DAVIS, JR.　§
　　　　　　　　　　　　　　　§　　　　　　１７.
v.　　　　　　　　　　　　　§　C. A. NO. C-00-019
　　　　　　　　　　　　　　　§
WAYNE SCOTT, ET AL.　　　　§

### NOTICE TO PLAINTIFF

Plaintiff, a prisoner proceeding *pro se*, filed this civil
rights complaint under 42 U.S.C. § 1983. The plaintiff has filed
an application to proceed *in forma pauperis* under 28 U.S.C. §1915.

The Prison Litigation Reform Act amended 28 U.S.C. § 1915 so
that a plaintiff proceeding *in forma pauperis* must now pay the
entire statutory filing fee of $150. 28 U.S.C. § 1915(b)(1). The
statute now allows an *in forma pauperis* plaintiff to begin a
lawsuit without prepayment of the entire filing fee, but the
plaintiff is still obligated to pay the entire filing fee, over
time. The balance of the full filing fee will be automatically
withdrawn, in increments or in full, under court order, from the
plaintiff's trust fund account.

The Court may dismiss this case if it is frivolous, malicious,
fails to state a claim upon which relief may be granted, or seeks
monetary relief against a defendant who is immune from such relief,
regardless of whether some or all of the filing fee has been paid.
If this case is dismissed before payment of the entire filing fee,
the plaintiff must still pay the entire filing fee.


evidence

When any state or federal lawsuit brought by an inmate while in the custody of the Texas Department of Criminal Justice - Institutional Division (TDCJ-ID) is dismissed as frivolous or malicious, state law requires the forfeiture of good conduct time credits as a sanction. Tex. Govt. Code Ann. § 498.0045 (West 1995). When a prisoner has had three or more prior actions or appeals dismissed for being frivolous, malicious, or failing to state a claim upon which relief may be granted, federal law prohibits the prisoner from bringing any more actions or appeals *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**If you do not wish to pay the filing fee in this case you may seek voluntary dismissal of this action by executing and filing with the Clerk the attached "Motion for Voluntary Dismissal" within 30 days from the entry of this order.**

SIGNED this ____17____ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS CHARLES DAVIS, JR.    §
                                     §
v.                                  § C. A. NO. C-00-019
                                     §
WAYNE SCOTT, ET AL.          §

## MOTION FOR VOLUNTARY DISMISSAL

I, _____, plaintiff, seek voluntary
dismissal under Rule 41(a), Fed. R. Civ. P. because I do not want
to pay the filing fee in this case.

_____
Plaintiff

_____
Date