United States District Court
Southern District of Texas
ENTERED

MAR - 1 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

39.

Thomas Charles Davis       §

VS.                        §   CIVIL ACTION NO.  C-00-19

Wayne Scott                §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Letter Motion to Transfer Case, For Appointment of Counsel and to Amend Complaint"                    ;

however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed.  (L.R.2.C)

2. ____ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (Mailing address is not provided (L.R.2.C.1.E)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4.  x   No certificate of service, or explanation why service is not required (L.R.3.G)

5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8. ____ Other: _____
        _____
        _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: February 29, 2000
re: D.E. #18/dp

_____
JUDGE PRESIDING