```
                                              United States District Court
                                              Southern District of Texas
                                                    ENTERED

                                                   MAR - 1 2000
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael N. Milby, Clerk of Court

Thomas Charles Davis          §          40.

VS.                           §          CIVIL ACTION NO. C-00-19

Wayne Scott                   §


## ORDER STRIKING PLEADING (S)

The clerk has filed your "Letter Motion to Extend Time" _____ ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: February 29, 2000
re: D.E. #22/dp

_____
JUDGE PRESIDING