```
                                              United States District Court
                                              Southern District of Texas
                                                     ENTERED
         UNITED STATES DISTRICT COURT              MAR - 1 2000
           SOUTHERN DISTRICT OF TEXAS
             CORPUS CHRISTI DIVISION           Michael N. Milby, Clerk of Court
```

Thomas Charles Davis           §                    42.

VS.                            §       CIVIL ACTION NO. C-00-19

Wayne Scott                    §


## ORDER STRIKING PLEADING (S)

The clerk has filed your  "Brief" ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4.  x  No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: February 29, 2000
re: D.E. #26/dp

_____
JUDGE PRESIDING  *(Jane Cooper-Hill)*