United States District Court
Southern District of Texas
ENTERED

MAR - 1 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THOMAS C. DAVIS, JR. §
 §
v. § C. A. NO. C-00-019
 §
WAYNE SCOTT, ET AL. §

## ORDER STRIKING PLEADINGS

Plaintiff has filed two more amended complaints (D.E. 30 and 32) without leave. These pleadings are STRUCK. See D.E. 13. Continued violations of the Court's orders will result in the imposition of sanctions.

SIGNED this ____29____ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE