United States District Court
Southern District of Texas
ENTERED

MAR - 7 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

48.

Thomas C. Davis                         §

VS.                                     §     CIVIL ACTION NO. __C-00-19__

Wayne Scott                             §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Letter Motion for Extension of Time and for Leave to Amend Litigation" ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. _X_ Other: _Three strikes order entered. Plaintiff is not to file further pleadings without payment of the filing fee._

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _March 3, 2000_
re: D.E. #38/dp

_____
JUDGE PRESIDING (Jane Cooper-Hill)