2-28-00

Clerk,
United States District Court
Southern District Of Texas
Corpus Christi Div
521 Starr Street rm 101
~~Corpus~~, Tx ~~78401~~

Re: Davis vs. Scott 2:00-CV-00019

Dear Clerk:

This is appeal this courts over charged of the Prisoners Litigation Reform Act $150.00 Which in Ruiz v. Scott H-78-CV-987 nal the plaintiff was charged $105.00 Prisoners Litigation Reform Act United States District Court, Southern District of Texas, Houston Div. 515 Rusk St, Houston, Plaintiff seeks this court reverse its opinion of the P.L.R.A charge to $105.00

Respectfully submitted
Thomas C Davis, Jr no 342624
McConnell Unit
3001 South Emily Drive
Beeville, Tx 78102-9999

PS P.L.R.A charge in civil action no 6:92-CV-308 $105.00 the Eastern District/Tyler Div/ of Tx

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 02 2000
MICHAEL N. MILBY, CLERK OF COURT

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 06 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

49.