Clerk
United States District Court
Southern District of Tx
Corpus Christi Div.
521 Starr St rm 101
Corpus Christi, Tx 78401
Re: Appeal

Davis v. Scott civil action no 2:00-cv-00019

United States District Court
Southern District of Texas
FILED

MAR - 6 2000

MICHAEL N. MILBY CLERK

Dear Clerk
My fingers are slightly crippling from osteoarthritis and fingers are swollen too. An wrist are crippled too. I seek this court have mercy for the plaintiff An reverse its dession Feb 25, 2000 those stricken litigations are a tempt to correct any litigation specially in connection in the above styled civil action!

This further request is the 2nd request to leave to amend. I'm a crippled is their any type of mercy for this pro-se litigant So except his corrective litigation. So these civil action can't be found moot! Please Mercy! Even for the typed corrective pleadings recently even please!

Atty Gen of Tx. P O Box 12548, Capitol Station, Austin, Tx 78711, was served typed copy of litigation 2/3/2000

please mercy!

50.

I declare (certify verify clarify) under the penalty the foregoing is true and correct to the best of my knowlege.

Signed this this 2nd day of March 2000

Thomas C Davis Jr no 342621
MC Connell Unit
3001 South Emily Drive
Beeville, TX 78102-9999

2-28-00

Clerk,
United States District Court
Southern District Of Texas
Corpus Christi Div
521 Starr Street rm 101
~~Corpus~~, Tx ~~78~~

Re: Davis vs. Scott 2:00-CV-00019

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 02 2000
MICHAEL N. MILBY, CLERK OF COURT

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 06 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Dear Clerk:
This is appeal this courts over charged of the Prisoners Litigation Reform Act $150.00 Which in Ruiz v. Scott H-78-CV-987 nal the plaintiff was charged $105.00 Prisoners Litigation Reform Act United States District Court, Southern District of Texas, Houston Div. 515 Rusk St, Houston Tx, Plaintiff seeks this court reverse its opinion of the P.L.R.A charge to $105.00

Respectfully submitted
Thomas C Davis, Jr. no 342624
McConnell Unit A
3001 South Emily Drive
Beeville, Tx 78102-9999

PS  P.L.R.A charge in civil action no 6:92-CV-308 $105.00 The Eastern District / Tyler Div of TX

49.