United States District Court
Southern District of Texas
ENTERED

MAR - 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

51.

THOMAS C. DAVIS, JR.        §
                            §
v.                          §        C.A. NO. C-00-019
                            §
WAYNE SCOTT, et al          §

## ORDER OF REFERENCE

The plaintiff has filed his Consent to Proceed Before a
Magistrate Judge (D.E. #47).   It is therefore ORDERED that this
matter is assigned to a United States Magistrate Judge to conduct
all further proceedings, including entry of final judgment, in
accordance with 28 U.S.C. § 636(c).   Neals v. Norwood, 59 F.3d 530
(5th Cir. 1995).   Any appeal will proceed directly to the United
States Court of Appeals for the Fifth Circuit.   28 U.S.C.
636(c)(3).

In the event service of process is ordered, each defendant
shall be given an opportunity to consent to trial before a
magistrate judge.   Absent consent by all defendants, this Order of
Reference will be vacated and the case returned to the undersigned
for final disposition.

SIGNED this ___7th___ day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE