United States District Court
Southern District of Texas

Thomas C Davis Jr
Plaintiff
Pro-se

Vs

Jane Cooper-Hill,
United States Magistrate
Judge, Wayne Scott Executive
Director, Defendants

United States District Court
Southern District of Texas
FILED

MAR 13 2000

MICHAEL N. MILBY, CLERK

Civil Action no 2:00-CV-00019

## Motion For Rehearing For Forma Pauperis

To Hon Chief Justice

Here comes the crippled plaintiff in the above styled civil action no. in the Southern District of Texas. In this Motion to Proceed Forma Pauperis, Which U.S. Magistrate Judge Jane Cooper-Hill ignored, a similar type motion to stop the plaintiffs rights from being callously arbitrary of the Deprivations of plaintiffs federal protected rights by the federal Constitution Which will be decussed (...) in this Motion For Rehearing For Forma Pauperis in as much More important the majortys opinion implicitly repeals one third of congressional enactment specifically designed to protect the

(1)

52

Plaintiff in the up most states has unable to do proper litigation to the courts and make timely replies to the courts Because plaintiff suffers also a bone joint diease, osteoarthritis. thats bent the plaintiffs finger and keeps plaintiffs finger swollen and bent plaintiffs hands in a serious angle Because of the bone joint diease osteoarthritis in the plaintiffs wrist that swell ach Which keeps plaintiff in the past doing improper litigation in failure to state claim bringing his claim. citing (no cares "1983 rule") Plaintiff argues which has caused some illegal prisoner litigation reform Act stricks as follows

(1) <u>Davis v Collins</u> no 97-41453 Appeal to the Fifth Circuit Feb 10, 99 (dismissed as frivolous failure state claim):

(2) <u>Davis v. Clinton</u> C.A. no 6:98-CV360 (ED Tx Tyler Div 10/19/98 dismissed as frivolous)(failure to state claim)

(3) <u>Davis v Clinton</u> no 98-41438 (dismissed as frivolous) [because failure to state claim] ifp status revoked these stricks are illegal the plaintiff argues as We therefore hold that a complaint filed in forma pauperis is not automatically

(3)

Plaintiff in the up most states has unable to do proper litigation to the courts and make timely replies to the courts Because plaintiff suffers also a bone joint diease, osteoarthritis. thats bent the plaintiffs finger and keeps plaintiffs finger swollen and bent Plaintiffs hands in a serious angle Because of the bone joint diease osteoarthritis in the plaintiffs wrist that swell ach Which keeps plaintiff in the past doing improper litigation in failure to state claim bringing his claim. citing (no cases "1983 rule") Plaintiff argues which has caused some illegal prisoner litigation reform Act stricks as follows

(1) <u>Davis v Collins</u> no 97-41453 Appeal to the Fifth Circuit Feb 10, 99 (dismissed as frivolous failure state claim):

(2) <u>Davis v. Clinton</u> C.A. no 6:98-CV360 (ED Tx Tyler Div 10/19/98 dismissed as frivolous)(failure to state claim)

(3) <u>Davis v Clinton</u> no 98-41438 (dismissed as frivolous) [because failure to state claim] ifp status revoked these stricks are illegal the plaintiff argues as We therefore hold that a complaint filed in forma pauperis is not automatically

(3)

frivolous with the meaning of §1915(d) because it fails to state a claim The judgment of the Court of Appeals is accordingly Affirmed

<u>Neitzke v. Williams</u>, 490 U.S. 319, 331, 109 S. Ct. 1827, 1832 (1989)

Plaintiff inasmuch states that the Prisoners Litigation Reform Act strucks the plaintiff gotten are illegal and with out <u>merit</u> Even inasmuch <u>Davis v Collins</u> C.a no co:92 CV-308 (E D Tx) dismissal, The Prisoner Litigation reform act wasn't a passed law then So in this instant case the P.L.R.A. doesn't affect that dismissal So the court can't use That to count as a P.L.R.A. strick.,

So this is this courts judicial misconduct the courts U.S. Magistrate Judge March 1, 2000 opinion to revoke plaintiffs forma pauperis Because of the illegal P.L.R.A stricks ("Federal Rules of Civil Procedure Rule___ Judicial Misconduct")

Plaintiff argues by Federal Rules Of Civil Procedure Rule 60 Relief of Judgment Of the illegal stricks of P.L.R.A and Relief of Judgment of the U.S Magistrate Judge March 1, 2000 Judgment

(4)

## Relief

(1) Plaintiff seek this motion be heard by The Chief Justice Judge of the United States District Court, Southern District of Texas and give plaintiff also relief of judgment of the courts revoking An let the plaintiff proceed Forma Pauperis

(2) Plaintiff also seeks the Chief Justice Judge see similar type motion the District Court ignored, <u>Motion To Proceed Forma Pauperis</u>

Because Plaintiff has proved imminent danger of serious physical injury even in The Motion To Proceed <u>Forma Pauperis</u> of The Prisoners Litigation Reform Act

I declare state certify clarify under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this the 6th day of March 2000

Thomas C Davis Jr 342624

Thomas C Davis, Jr
McConnell Unit
3001 S. Emily Drive
Beeville Tx 78102-4999