United States District Court
Southern District of Texas
Corpus Christi Div.

United States District Court
Southern District of Texas
FILED

MAR 13 2000

Thomas C Davis Jr
Plaintiff
Pro-se

vs.

Civil Action no 2:00 CV-00019

Jane Cooper-Hill
United States Magistrate
Judge. Wayne Scott
Executive Director of S.D.C.J-ID
Defendants)

Motion For Rehearing For
Forma Pauperis

To Hon. Chief Justice of said Court

Here Comes the crippling Plaintiff in the above styled civil action no in the Southern District of Texas. In this Motion to Proceed Forma Pauperis in Rehearing. U.S. Magistrate Judge Cooper ignored similar type Motion March 1, 2000 to stop the plaintiffs rights from being violated callously arbitrary deprivation of plaintiffs federal protected rights by the federal Constitution

(1)

63

Which will be decussed in this Motion For Rehearing For Forma Pauperis inasmuch More important the Marretus opinion implicitly reveals one third of congressional enactment specifically designed to protect the federal constitution rights of citizens from deprivation by state offices including Judges <u>Dykes v. Hosman</u>, 776 S. 2d 942 954 (1988) Plaintiff argues inasmuch when ignored said Motion by U.S. Magistrate Judge Jane Cooper-Hill March 1, 2000 cause deprivation of the plaintiffs of his fundamental constitutional right access to courts. If this ain't correct the plaintiff(s) access to the court wouldn't be obstructed March 1, 2000 by U.S. Magistrate Judge courts opinion When prisoners right of access to courts may not be denied or obstructed <u>Johnson v Avery</u> 393 U.S. 483 485 89 S. Ct 747 (1969) <u>Bounds v. Smith</u> 430 U.S. 817 828 97 S.Ct. 1491 1977 Motion was ignored because plaintiffs rights were and in <u>Dykes v Hosman</u>, supra applies to U.S. Magistrate Judge Cooper-Hill court (opinion) deprivation of right (under color of law) <u>United States Code Annotated</u>

(2)

Plaintiff suffers from mental distress prescribed by the 8th Amend U.S. Constitution cruel and unusual punishment Because the defendants as well as the U.S. Magistrate Judge court have callously arbitrary recklessly violated the plaintiff rights. Which has caused the plaintiff to suffer from mental anguish, mental distress. Which satifys <u>Prisoners Litigation Reform Act</u> imminent danger of serious physical injury to plaintiff

Plaintiff in the us most states he's unable to Do proser. litigation to the courts and make timely replies to the courts. Because plaintiff suffers also from a bone joint disease osteoarthritis thats beat the plaintiffs fingers ancles and keeps plaintiff wrist and fingers swollen and plaintiff hands are bent in ancles Because of the bone joint disease osteoarthritis in the plaintiffs wrist. that ach a long with the plaintiffs fingers. Which kept the plaintiff in the said the cause of the emproser litigation unto the courts that cause some illegal P.L.R.A. strickes in the following

Plaintiff argues this complete situation is in deprivation of his fundament right access to the courts. as in cited <u>Johnson v Avery</u> in this brief (pg 2) That plaintiff has that fundament right access to courts

(3)

(1) <u>Davis v. Collins</u> no 97-41453 Appeal to the Fifth Circuit Feb 10 99 (dismissed as frivolous) <u>For Failure to state claim.</u>

(2) <u>Davis v. Clinton</u> c.a. no 6:98-CV-560 (E.D. Tx Tyler Div 10/19/98 as frivolous) <u>For Failure to State Claim.</u>

(3) <u>Davis v Clinton</u> no 98-41438 (dismissed as frivolous) (because of failure to state claim) ifp status revoked

(4) <u>Davis v Collins 6:92-CV-308 (E.D. Tx dismissed as frivolous)</u> [For Failure to state claim] We therefore hold that a complaint filed in forma pauperis is not automatically frivolous with the meaning of § 1915(d) because it fails to state claim. The judgment of the Court of Appeal is accordingly Affirmed <u>Neitzke v Williams</u> 490 U.S. 319 331 109 S. Ct. 1827 1832 (1989) Plaintiff argues inasmuch as those dismissals are illegal stricks of <u>Prisoners Litigation Reform Act</u> that are without merit as the Jane Cooper Hill Courts opinion. Basechi base its ruling on those stricks with out merit, that are illegal and thats how the Hill court March 1, 2000 its discreation revoking plaintiffs forma pauperis. A court abuses its discreation when its ruling based on

4

an erroneous view of the law on a clearly erroneous assessment of evidence <u>Coolee & Gell v. Hartmaex Corp</u> 496 U.S. 384 405 110 S.Ct. 2447, ___ 61 L Ed 2d 359 (1990) and not on clearly erroneous assessment of evidence

Plaintiff argues the Prison Litigation Reform Act doesn't pertain to <u>Davis v Collins</u> C.A. no 6:92-CV-308 because prisoners litigation reform act wasn't even effective law until 1996 by <u>Pres. Wm. N. Clinton</u> So the court can't use Davis v. <u>Collins</u> 6:92-CV-308 as a strick

Plaintiff furthermore argues the Hill court Judicial misconduct was revoke its on its ruling that used illegal P.L.R.A. strucks and canceled the plaintiffs motion for Forma Pauperis (see) USCA 28 Add. V Rule 1 (Rules) Governing Complaints Misconduct

Plaintiff in his motion for Forma Pauperis proved his imminent danger of serious physical injury Mental distress that prescribed by the 8th Amend U.S. Constitution as mental anguish cruel and unusual punishment Because of the defendants have callously arbitrary recklessly violated the plaintiffs civil right in this civil action That satifys the P.L.R.A. on imminent danger of serious physical injury

(5)

(1) Plaintiff has proven his imminent danger of serious physical injury so seeks to proceed in this civil action Forma Pauperis and plaintiff also seeks by Federal Civil Judicial Procedure and Rules, Rule 60(A) Relief from Judgment. plaintiff argues of those illegal P.L.R.A. stricks and the judgment of the Hill court in <u>Davis v Scott</u> civil action no 2:00-CV-00019 March 1 2000 revoking of Forma Pauperis thats based on those illegal P.L.R.A. stricks.

Thats a deprivation of plaintiffs access to courts. 177-781 Ready access to courts is a fundamental constitutional right '83 <u>Ruiz v Estelle</u> 679 F.2d 1115, 1153 (1982) VII Due Process Issues 7.1 Access to Courts. On in this instant case those <u>Prisoner Litigation Reform Act</u> illegal stricks that are unconstitutional in the deprivation of the plaintiffs ready access to courts can't be used in this civil action to deprive the plaintiff of his access to courts. be also those illegal stricks are in violation of cited <u>Steitzke v Williams</u> pg 4 of this brief

(2) Plaintiff also seeks this courts opinion be printed in this proceedings

I Declare (state, verify, certify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this this __9__ day of March 2000

Thomas Charles Davis Jr no. 342624
McConnell Unit
3001 South Emily Drive
Beeville TX 78102-9440

Certificate of Service

I Thomas C Davis Jr no 342624 Plaintiff pro se do hereby certify that the 9 day of March 2000 a true and correct copy the foregoing Motion for Rehearing In Forma Pauperis was forward to Mr John Cornyn Attorney General of Texas P.O. Box 12548, Austin Tx 78711-2548