

```
                                                          United States District Court
                                                           Southern District of Texas
                                                                   ENTERED
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS               MAR 1 6 2000
                     CORPUS CHRISTI DIVISION
                                                          Michael N. Milby, Clerk of Court
```

Thomas Charles Davis                §
                                    §
                                    §
V.                                  §    Civil Action No.  C-00-019
                                    §
                                    §
Wayne Scott                         §

### ORDER STRIKING PLEADING(S)

The Clerk has filed your "Appeal of a Magistrate Decision to the District Court"  ; however, it is defiicient in the area(s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1.(a) through (e).

3. ___ Caption of the pleading is incomplete. (L.R.3.E)

4. _X_ No certificate of service, or explanation why service is not required. (L.R.3.G)

5. ___ No statement re conference w/opposing counsel. (L.R.6.A.4)

6. ___ Separate proposed order not attached. (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G.

8. ___ Other:_____

_____

_____

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: March 14, 2000
(Re: DE#49)

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Rev. 3/94