Hon. Micheal Milby
U.S District Court
Southern District of Texas
Houston Div
P.O. Box 61010
Houston Tx 78208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 13 2000   TC

Michael N. Milby, Clerk of Court

Re: Davis v Scott civil action no: 2:00-CV-00019

Dear Hon Milby

The motion you recieved from me serently with out a certificate of service I just served the Atty Gen of Tx a similar copy 3/9/2000. Through endigent mail that has a certificate of service attached to it Please the other copy went to your Corpus Christi Div. Please those motions or against the U.S Magistrate Judge I seek your mercy to please put that matter Before the Chief Justice of the Southern District, U.S District Court Please!

An take that matter out the hands of that U.S Magistrate Judge Hill

56.

I Declare (state certify verify) under the penalty of perjury the forgoing is true and correct to the best of my knowledge

Signed this the 10 day of March 2000

Thomas C Davis Jr no 342624
McConnell Unit
3001 South Emily Drive
Beeville TX 78102-9999

## Certificate of Service

I Thomas C Davis, Jr 342624, Plaintiff pro-se do hereby certify that on the 10 day of March 2000 a true copy the foregoing Motion for Rehearing Forma Pauperis was forward to Mr John Cornyn, Attorney Gen of TX, P.O. Box 12548, Austin, TX 78711-2548