Hon. Micheal Milby
U.S. District Court
Southern District of Texas
Corpus Christi Div.
521 Starr Street rm. 101
Corpus Christi, Texas 78401

Re: <u>Davis v. Scott</u> civil action no 2:00-CV-00019

Dear Hon. Milby:

My wrist are serious crippling from osteo-arthritis thats caused my hands in serious angles from that bone joint deease. Thats even slightly crippling my fingers and bent aching a swell and the a tempted litigation unto the courts Have cause swelling and aching. thats interfering with my medical care <u>Ruiz v Estelle</u> 503 F. Supp 1265, 1388 (1980) (FN 13) An cause the plaintiff further suffer from mental distress, mental anguish 8'th Amend. U.S. Const. cruel and unusual punishment Which satifys the Prisoner Litigation Reform Act to Proceed Forma Pauperio.

58.

Plaintiff argues because of his suffering has caused erros in his litigation Which plaintiff used to straighten up in his litiation and Also because plaintiffs suffering caused the plaintiff neglected in litigation of certificates of serrvices and neglected to serrvices to the Atty. Gen. of Tx Thes crippling plaintiff <u>pleas</u> of justice and let the crippling plaintiff proceed forma pauperis Plaintiff pleas for mercy in his litigation. The defendants abuses towards the Plaintiff to callously, recklessly, arbitrary, deprive him of his civil rights. Thats even cause mental distress, mental anguish cruel and unusual punishment. prescribed by the 8th Amend U.S. Constitution. Thats imminent danger of serious physical injury which satifys <u>the Prisoners Litigation Reform Act</u> to proceed forma Pauperis in civil action for the plaintiff

Plaintiff also in this instant case inasmuch even had other prisoners type his litigation up. To straighten up the erros then typecial erros was made Plaintiff had findly gotten a hold of white out to the typecial erros. straighten them out with ink pen

Plaintiff states he also seeks to leave to amend medical complaint with plaintiffs medical care is being intentionally interfered with. An plaintiff seeks to amend other violations of his civil rights to this civil action. Plaintiffs civil rights are even being violated while this civil action is on file in the clerks office. Plaintiff also wants to amend that also to this civil action

Please is disabled crippling from osteoarthritis and at the mercy of this court. An seeks other mercy also this court except the corrective pleading (A) litigation Of Original Complaint so a correct and true copy be on file with the court. Please have mercy for this request and don't please strick corrective Original Complaint and please give A 180 day extension in my request so I may as a crippling Disabled plaintiff abled to have enough time to amend

Please seeks the mercy of this court to give plaintiff the requested relief in this cover letter

I declare (state certify verify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

Signed this the 13th day of March 2000

Respectfully submitted

Thomas Charles Davis, Jr. 342624
McConnell Unit
3001 South Emily Drive
Beeville, Tx 78102

Certificate of Service

I Thomas C Davis Jr 342624 Plaintiff pro-se do hereby certify on the 13th day of March 2000 a true correct copy the foregoing Cover Letter was forward to Mr John Cornyn, Attorney Gen of Tx., P.O Box 12548, Austin, Tx 78711-2548