March 16, 2000

Clerk.
U.S. District Court
Southern District Court of Tx
Corpus Christi Div.
521 Starr Street rm 101
Corpus Christi Tx 78401

Re: Pro-se <u>Davis v Scott</u> civil action No. 2:00-CV-00014

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY, CLERK

Dear Clerk

I ask Hon. Michael Milby Houston Div to put my motion for rehearing for forma pauperis in Houston Div be heard By the Chief Justice of the Southern District because the Magistrate Judge <u>messed over me.</u>

But please get hold of that orgional copy and please promptly put it before the Chief Justice of the Southern District Because my 30 days is up April 1, 2000 to appeal that U.S Magistrate Judge dession To the U.S. Court of Appeals 5th Circurit 600 Camp St, New Orleans LA.

Plaintiff argues this and any motions for rehearing was drafted in good faith and <u>to proceed forma pauperis</u>. Which is proper to file said motion An because plaintiff suffers from Mental distress, mental anguish cruel and

59.

unusual punishment 8th Amend U.S. Constitution Because the defendents reckless, arbitrary, callously violated my civil rights Because defendents have deprive plaintiff of his liberty by depriving the plaintiff of his speedy release Because deprive the plaintiff of restoring his forfeited good as cited federal law requires Ruiz v. Estelle, 679 F 2d 1115 1141 (1982) (Footnotes 116 and 117)

Plaintiff argues its more proper in these motions to try to proceed ferma pauperis to cite case's Because the claim can't be found moot or frivolou As in 1983 rule cite no case's so in this instant case inasmuch. Plaintiff brought up in his motion his arguements with stating claim, rather then 1983 (cited no cases) and rather improperly. Bring it up in his arguement against the defendants

An bring his (plaintiff) arguement up by Liberal Rule(s) in a motion.

Plaintiff argues mental distress, mental anguish ratifys imminent danger of serious physical enjury of The Prisoners Litigation Reform Act and in this litigation an plaintiff seeks to

Forma Pauperis

Plaintiff because he suffers mental distress, mental anguish plaintiff neglected to put a certificate of services with his litigations. Plaintiff made corrections, redone some of the litigations and typeical erros and resubmitted to Clerks office so the Clerk would have correct litigation on file in this civil action no 2:00-CV-00019.

Plaintiff seeks the court take in consideration of these stricken motion's on Forma pauperis Plus Motion that has a certificate of service on it. An consideration of the recent typed Litigation that has certificate of service atteched to it, proper by federal rule(s)

Respectfully submitted
Thomas C Davis Jr 342624
McConnell Unit
3001 S. Emily Dr.
Beeville TX 98102-9999
CC: Atty Gen. of TX Mr John Cornyn