```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

THOMAS CHARLES DAVIS, JR.  §
                           §
v.                         §  C. A. NO. C-00-019
                           §
WAYNE SCOTT, ET AL.        §

## ORDER STRIKING PLEADING AND IMPOSING SANCTIONS

Despite prior orders that he not do so (D.E. 13, 45, 46), plaintiff has filed yet another complaint without leave of court (D.E. 60). Moreover, he has filed other pleadings and motions (D.E. 57, 58, 59) in violation of the Court's order that all pleadings and motions be accompanied by payment of the filing fee (see D.E. 46).

Despite the clear applicability of the three strikes provision of the PLRA, 28 U.S.C. 1915(g), and despite the Court's express orders concerning the pleadings filed in this case (D.E. 13, 45, 46), plaintiff continues to inundate the Court with dozens of pleadings. Plaintiff's conduct demonstrates a blatant and contumacious disregard of the Court's orders, and constitutes an abuse that cannot be permitted.

Accordingly, it is hereby ORDERED that plaintiff's latest Original Complaint (D.E. 60), as well as his Motion for Rehearing (D.E. 53), Notice to the Court (D.E. 58), and Motion to Transfer (D.E. 59) are STRICKEN.

In addition, the Court imposes sanctions in the amount of $50.00 on plaintiff. The amount of $50.00 shall be paid to the Clerk of Court within 10 days of entry of this order. The sanctions hereby imposed are in addition to, and not in lieu of, the requirement that plaintiff pay the filing fee in this case no later than March 30, 2000, as previously ordered (see D.E. 46).

SIGNED this __24__ day of March 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com