United States District Court
Southern District Court of Tx

Thomas C Davis, Jr.
Plaintiff
Pro-se

vs.

Jane Cooper-Hill
United States Magistrate,
Wayne Scott, Executive Director
of T.D.C.J-ID Defendants

United States District Court
Southern District of Texas
FILED
MAR 27 2000
MICHAEL N. MILBY CLERK

Civil Action no. 2:00-CV-000

Motion for Rehearing for Proceeding
Forma Pauperis

To Hon Judge of said court

Here Comes the plaintiff that crippling from osteoarthritis bone joint diease in wrist and fingers in the above styled civil action no in the United States District Court. Southern District of Texas. In this Motion for Rehearing for Proceeding forma pauperis. US Magistrate Judge Jane Cooper Hill should take inconsideration the proper way to proceed Forma Pauperis is file a motion to the court To Proceed Forma Pauperis. An its the duty of U.S. Magistrate Judge in this civil action, not to deprive the plaintiff of his civil rights

62.

(3) <u>Davis v Collins</u>, no 98-41434 (dismissed as frivolous) because failure to state claim)

Which in <u>Davis v Collins</u> 6:98-CU-308 (C.D. TX dismissed as frivolous)(because failure to state claim) We therefore hold that a complaint filed in forma pauperis is not automatically frivolous with the meaning of §1915(d) because it fails to state claim. The Judgment of the Court of Appeals is accordingly Affirmed <u>Neitzke v Williams</u> 490 U.S. 319, 331, 109 S.Ct. 1827, 1032 (1989) those PLRA 3 strikes are un constitutional and violation of law.

Plaintiff just proving to this court how bogus with out merit those Prisoners Litigation Reform Act 3 strikes are Plaintiff argues which is a fabercation of evidence to deprive the plaintiff of his access to courts (see Blacks Law Dictionary on Fabercated Evidence pg. ___ ) was obstructed. When prisoners right of access to courts may not be denied or obstructed <u>Johnson Vs Avery</u> 393 US.483, 485, 89 S Ct 147, ___ 1969 prisoners right to adequate and meaningful access to courts to challenge violations of constitutional rights <u>Bounds v Smith</u>, 430 U.S. 817, 828 97 S Ct 1491 ___ 1977

(3)

Which U.S Magistrate Jane Cooper-Hill court abused its discreation in the erronous view of the law the illegal 3 stricks of P.R.L.A. and revoked ifp A Court abuse's its discreation when its ruling based on an erroneous view of the law on a clearly erroneous assesment of evidence Coolee & Gell v. Hartmax Cord. 496 U.S. 384 405 110 S.Ct. 2447, __ 61 L Ed 2d 359 (1990), plaintiff argues the P.L.R.A. 3 illegal stricks was used as evedence against the plaintiff in March 1 2000 hearing as evidence to revoke ifp. which is fabercated evidence (as discused on pg 3 of this Motion) and was the Jane Cooper Hill court a clearly erroneous assesment of evidence as in cite Coolee & Gell v. Hartmax Cord, supra. Which is Judicial Misconduct which United States Code Annotated 28 App. V Rule 1 Governing complaints of misconduct An because of the courts conduct its Deprivation of rights, under color of law United States Code Annotated 18 §242 of the plaintiff not to as a indigent proceed Forma Pauperis

Plaintiff argues the proper way in good faith to argue to proceed forma pauperis is litigation of a motion and not in original complaint (see Federal Rules of Civil Procedure,

(4)

Rule 7   So thereafore in this instant case in the up most this Motion for rehearing to proceed forma pauperis is drafted in good faith. An furthermore argue in plaintiffs litigation by Federal Rules of Civil Procedure of Rule 7 well being his litigation in this motion to also proceed by the <u>Prisoners Litigation Reform Act</u>. Which plaintiff suffers form mental distress which is mental anguish 8th Amend. U.S. Const. Because the defendants have callously recklessly arbitrary violated the plaintiffs civil rights By even the defendant's refusing to restore past forfeit good to keep the plaintiff form a speedy release to deprive the plaintiff of his liberty with out due process of law The court held that because the state prisoners were challenge the very fact of duration of their confinement and were seeking a speedy release 411 U.S., at 500, 93 S.Ct. 1841. <u>Wolff v. McDonnell</u>, 418 U.S. 534, 554 94 S.Ct. 2963 2973 (1974)(restoring of good time credits <u>Ruiz v Estelle</u>, 679 F.2d 1115 1141 (1982). (Foot Note 117)

(5)

To deprive plaintiff of his liberty without due process of law prisoners may also claim the protection of Due Process Clause. They may not be deprived of life liberty or property with due process of law Haines v. Kenes, 404 U.S. 519 92 S.Ct. 594 (1972) Wilwearing v. Swenson, 404 US 556. which has triggered Wolff v. McDonnell, 418 U.S 534, 556 due process claims and without Due process of law. This he petitioner contends that he has been deprived good time-credits without due process of law Preiser v. Rodriguez 411 U.S. 475, 478 93 S Ct 1827 1830 (1973)

Plaintiff brings his Motion For Rehearing For Proceeding Forma Pauperis, by Federal Rules of Civil Procedure Rule 7 Plaintiff will argue futher about Prisoners Litigation Reform Act which plaintiff suffering from mental distress (because defendant has recklessly arbitrary callously violated his civil rights in this civil action no 2:00-CV-00019 Which prescribed by the 8th Amend U.S. Constitution mental distress is mental anguish Which the plaintiff suffers from, that is imminent serious danger of serious physical injury.

(6)

that ratifys the Prisoners Litigation Reform Act to proceed forma pauperis in Davis v Scott civil action no 2:00-CV-00014

### Relief

Plaintiff seeks for this court to order the plaintiff proceed as a indigent in Forma Pauperis in this civil action.

I Declare (state certify verify) under the penalty of perjury the foregoing is true and correct to the best of my knowlege

Signed this the 24th day of March 2000

Plaintiff signature
Thomas C Davis Jr 342624
Texas Dept of Crim Justice
Inst. Div M<sup>c</sup>Connell Unit
3001 South Emily Drive
Beeville, Tx 78102-9999

(7)

Plaintiff also seeks further relief of Judgment as in <u>Federal Civil Judicial Procedure and Rules Rule 60(A)</u> of those illegal P.L.R.A. stricks that are en violation of cited federal law <u>Neitzike / Williams</u> as cited on pg 3 of this motion

(8)

## Certificate of Service

I, Thomas C Davis Jr 342624 plaintiff pro-se do hereby certify that on the 24 day of March 2000 a true and correct copy of the foregoing Motion For Rehearing For Proceeding In Forma Pauperis was forwarded to Mr John Cornyn Attorney General of Texas Capital Station P.O. Box 12548, Austin, Texas 78711-2548