United States District Court
Southern District.

Thomas C Davis, Jr
Plaintiff
Pro-se

vs.

Jane Copper-Hill
United States Magistrate Judge
Wayne Scott Executive Director
of T.D.C.J.-I.D., Defendants

United States District Court
Southern District of Texas
FILED
APR - 3 2000
MICHAEL N. MILBY, CLERK

Civil Action no. 2:00-CV-0009

## Motion For Rehearing For Proceeding Forma Pauperis

To Hon Judge of said court

Here Comes the plaintiff that crippling from osteoarthritis bone joint disease in wrist and fingers in the above stuled civil action no in the United States District Court Southern District of Texas In this Motion For Rehearing For Proceeding forma Pauperis US Magistrate Judge Jane Cooper Hill should take inconsideration the proper way to proceed Forma Pauperis is file a motion to the court To Proceed Forma Pauperis An its the duty of U.S Magistrate Judge in this civil action, not to deprive the plaintiff of his civil rights

(1)

Which the US Magistrate Judge deprived the plaintiff of his civil rights By revoking his forma pauperis that the court used illegal <u>Prisoners Litigation Reform Act 3 strikes</u>

More important the majority's opinion implicitly repeals one third of congressional enactment specifically designed to protect the rights of citizens from deprivation by state offices including judges <u>Dykes v Hosman</u> 776 F 2d 942 954 (1985) Which the U.S. Magistrate Judge Jane Cooper-Hill is in against the deprivation of right under the color of law United States Code Annotated 18 § 242 because said U.S. Magistrate Judge Jane Cooper Hill use bogus claims with out merit 3 prisoner <u>Litigation Reform</u> illegal 3 strikes to revoke plaintiff's Forma Pauperio Which plaintiff inasmuch will prove to this hour bogus and with out merit all 3 <u>Prisoners Litigation Reform Act</u> strikes are

(1) <u>Davis v Collins</u> no 97-41453 Appeal to the Fifth Circuit Feb 10 99 (dismissed as frivolous) for failure to state claim

(2) <u>Davis v Clinton</u> C.A no 6:98-CV560 (E D T Tyler Div 10/19/88 (dismissed as frivolous) for failure to state claim

(2)

(3) <u>Davis v. Clinton</u> no 98-d/4/38 (dismissed as frivolous) be-
[cause of failure to state claim] ifo states revoked,

which in <u>Davis v. Collean</u> 6:92-CV-308 (E.D.Tx. dismissed as
[frivolous] because failure to state claim] We therefore hold
that a complaint filed in forma pauperis is not auto-
matically frivolous with the meaning of § 1915(d)
because it fails to state claim The Judgment of the
Court of Appeals is accordingly affirmed <u>Neitzke
v. Williams</u> 490 U.S. 319, 331 109 S.Ct 1827, 1032 (1989)

Plaintiff just proving to this court how bogus and
without merit those <u>Prisoner Litigation Reform Act</u>
all 3 strucks are illegal. Plaintiff argues which is a
fabercated evidence to deprive the plaintiff of his
access to courts (see Black's Law Dictionary on Fabercated
Evidence pg—) was obstructed When prisoner
right of access to courts may not be denied or
obstructed <u>Johnson v. Avery</u> 393 U.S. 483, 485 89 S.
Ct 747, ___ (1969) prisoners right to adequate
and meaningful access to courts to challenge
violations of constitutional rights <u>Bounds v.
Smith</u>, 430 U.S. 817, 828 97 S.Ct. 1491, ___ (1977)

(3)

Which U.S Magistrate Jane Cooper Hill court abused its discreation in the erronous view of the law the illegal 3 stricks of P.R.L.A and revoked the ifp a Court abuse's its discreation when its ruling based on an erroneous view of the law- on a clearly erroneous assessment of evidence <u>Cooter & Gell v Hartmax Cord.</u> 496 U.S. 384 405 110 S. Ct. 2447 ___ 61 L Ed 2d 359 (1990), plaintiff argues the P.L.R.A 3 illegal stricks was used as evedence against the plaintiff in March 1 2000 hearing as evidence to revoke ifp which is fabercated evidence (as discused on pg — of this motion) and was the Jane Cooper Hill court a clearly erroneous assessment of evidence as in cited <u>Cooter & Gell v Hartmax Cord</u>, supra which is Judicial Misconduct which <u>United States Code Annotated 28 APO. V Rule 1 Governing compluits of misconduct</u> An because of the courts conduct its Deprivation of rights under color of law <u>United States Code Annototed 18 § 242</u> of the plaintiff not to as a ineligent proceed Forma Paupers

Plaintiff argues the proper way in good faith to arque to proceed forma pauperis is litigation of a motion and not in original complaint see Federal Rules of Civil Procedure

(4)

Rule 7 So therefore in this instant case in the up most this Motion for rehearing to proceed forma pauperis is drafted in good faith An furthermore argue in plaintiffs litigation by Federal Rules of Civil Procedure of Rule 7 will bring his litigation in this motion to also proceed by the Prisoners Litigation Reform Act, Which plaintiff suffers from Mental distress which is mental anguish 8th Amend. U.S Const. Because the defendants have callously recklessly arbitrary violated the plaintiffs civil rights by even the defendants refusing to restore past forfiet good to keep the plaintiff from a speedy release to deprive the plaintiff of his liberty with out due process of law The court held that because the state prisoners were challenge the very fact of duration of their confinement and were seeking a speedy release 411 U.S., At 500, 93 S.Ct.1841. <u>Wolff v. McDonnell</u>, 418 U.S. 534, 556 94 S.Ct. 2963 2973 (1974) restoring of good time credits <u>Ruiz v Estelle</u>, 679 F 2d 1115 1141 (1982) (Foot Note 117)

(5)

To deprive plaintiff of his liberty without due process of law prisoners may also claim the protection of Due Process Clause. They may not be deprived of file liberty or property with due process of law. Haines v. Kerner, 404 U.S. 519 92 S.Ct. 594 (1972) Wilwearing v. Swenson 404 US 556. which has triggered Wolff v. McDonnell, 418 U.S. 534, 556 due process claims and without due process of law. This he petitioner contends that he has been deprived good time-credits without due process of law. Preiser v. Rodriguez 411 U.S. 475, 478 93 S Ct 1827 1830 (1973)

Plaintiff brings his Motion For Rehearing For Proceeding Forma Pauperis, by Federal Rules of Civil Procedure Rule 7 Plaintiff will argue further about Prisoners Litigation Reform Act which plaintiff suffering from mental distress because defendant has recklessly arbitrary callously violated his civil rights in this civil action no=2:00-cv-00019 Which perceived by the 8th Amend U.S. Constitution mental distress is mental anguish Which the plaintiff suffers from. that is imminent serious danger of serious physical injury

that ratify the <u>Prisoners Litigation Reform Act</u> to proceed forma pauperis in <u>Davis V Scott</u> civil action no 2:00-CV-00014

Plaintiff seeks for this court to order the plaintiff proceed as a indigent in <u>Forma Pauperis</u> in this civil action.

I declare state certify verify) under the penalty of perjury the foregoing is true and correct to the best of my knowlege

Signed this the 28th day of March 2000

Plaintiff signature
Thomas C Davis, Jr 342624
Texas Dept of Crim Justice
Inst. Div McConnell Unit
3001 South Emily Drive
Beeville TX 78102-9999

Plaintiff also seeks further relief of Judgement as in Federal Civil Judicial Procedure and Rules Rule 60 (A) of these illegal P.L.R.A. strickes that are in violation of cited federal law <u>Neitzike v Williams</u> as cited on pg 3 of this motion

## Certificate of Service

I Thomas C Davis Jr 342624 plaintiff pro-se do hereby certify that on the 24th day of March 000 a true and correct copy of the foregoing Motion For Rehearing For Proceeding Forma Pauperis was forwarded to Mr John Cornyn, Attorney General of Texas, Capital Station, P.O. Box 12548, Austin, Texas 78711-2548

United States District Court
Southern District

Thomas C Davis Jr
Plaintiff
Pro-se

vs.

Jane Copper-Hill
United States Magistrate Judge
Wayne Scott Executive Director
of T.D.CJ-I D, Defendants

United States District Court
Southern District of Texas
FILED
APR - 3 2000
MICHAEL N. MILBY CLERK

Civil Action no. 2:00-CV-00019

---

## Motion For Rehearing For Proceeding Forma Pauperis

To Hon Judge of said court

Here Comes the plaintiff that crippling from osteoarthritis bone joint disease in wrist and fingers in the above styled civil action no in the United States District Court Southern District of Texas In this Motion For Rehearing For Proceeding forma Pauperis US Magistrate Judge Jane Cooper Hill should take in consideration the proper way to proceed Forma Pauperis is file a motion to the court To Proceed Forma Pauperis An its the duty of U.S Magistrate Judge in this civil action, not to deprive the plaintiff of his civil rights

(1)