UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS CHARLES DAVIS, JR. | § |
| | § |
| v. | § C. A. NO. C-00-019 |
| | § |
| WAYNE SCOTT, ET. AL. | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, plaintiff's action is DISMISSED.  28 U.S.C. § 1915(g), Fed. R. Civ. P. 41(b).

This is a final judgment.

SIGNED this ____4____ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE