Clerk
United District Court
Southern District of Texas
521 Starr St. rm 101
Corpus Christi Tx 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
APR - 3 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

United States District Court
Southern District of Texas
FILED
APR - 3 2000
MICHAEL N. MILBY CLERK

Re: Davis v. Scott civil action no 2:00-CV-00019

Dear Clerk:
Pursuant to rule 11(A) Fed. R App Pro. I hereby request that you assemble and transmitt the record and any transcripts if avialable to:

Hon Charles Fulbruge III
United States Court of Appeals
Fifth Circuit
600 Camp Street
New Orleans, LA 70130

As result my party I'm unable to pay any costs associated with this request and have attached an affidavit supporting said claim

Please notify me when this has been completed

70

ClibPDF - www.fastio.com

I declare (state certify verify) under the penalty of perjury the foregoing is true and correct to the best of my knowledge

Signed this the 29th day of March 2000

Respectfully, submitted
Thomas C Davis Jr 342624
McConnell Unit
3001 South Emily Drive
Beeville TX 78102-9999

### Certificate of Service

I Thomas C Davis, Jr 342624 plaintiff pro-se do hereby certify that on the 29th day of March 2000 a true and correct copy of this litigation has been forwarded to Mr. John Cornyn, Atty Gen of TX Capitol Station P.O. Box 12548 Austin TX 78711-2548