United States District Court
Southern District of Texas
ENTERED
APR 1 7 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS DAVIS | § |
| | §  Civil Action No. 00-19 |
| v. | § |
| | § |
| WAYNE SCOTT, ET AL. | § |

### APPELLATE DEFICIENCY ORDER

The Court has received plaintiff's request to "assemble and transmit the record" to the Fifth Circuit (D.E. 70), which was filed on April 3, 2000. The Court advises plaintiff that his request will be construed as a notice of appeal. To pursue an appeal of the final judgment in his case, however, plaintiff must pay the appellate filing fee ($105.00). Since plaintiff has filed three or more actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted,[1] he is prohibited from proceeding *in forma pauperis* by the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

Accordingly, it is ORDERED that the Clerk shall file the plaintiff's notice of appeal without prepayment of the appellate filing fee. Plaintiff is ordered to pay the filing fee within 30

---

[1] While incarcerated, plaintiff has had the following proceedings dismissed as frivolous, malicious, or for failure to state a claim: (1) Davis v. Collins, et al., C.A. No. 6:92-308 (E.D. Tex., Tyler Division, March 29, 1992) (dismissed as frivolous); (2) Davis v. Clinton, C.A. No. 6:98-560 (E.D. Tex., Tyler Division, October 19, 1998) (dismissed as frivolous); (3) Davis v. Collins, et al., No. 97-41453 (Appeal to the Fifth Circuit, February 10, 1999) (dismissed as frivolous);(4) Davis v. Clinton, No. 98-41438 (Appeal to the Fifth Circuit, June 17, 1999) (dismissed as frivolous and in forma pauperis status revoked).

1

days of the entry of this order. Failure to pay the filing fee may result in dismissal of plaintiff's appeal.

SIGNED at Corpus Christi, Texas, on ___April 14___, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

2