IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

C-00-19

No. 00-40401

U.S. COURT OF APPEALS
**FILED**

JUN 2 2000

CHARLES R. FULBRUGE III
CLERK

THOMAS C DAVIS, JR

    Plaintiff - Appellant

v.

WAYNE SCOTT, Director, Texas Department of Criminal Justice, Institutional Division; GARY L JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; THOMAS PRASIFKA, Senior Warden; W A HODGE, Assistant Warden; TROY SIMPSON, Assistant Warden; NORRIS D JACKSON, Major

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED

JUN 6 2000

Michael N. Milby, Clerk of Court

--------------------------
Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi
--------------------------

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 2, 2000, for want of prosecution. The appellant failed to timely pay docketing fee.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                By: _____
                      Peter Conners, Deputy Clerk

                FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy   JUN 2 2000
New Orleans, Louisiana