# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
NOV 29 2000
CHARLES R. FULBRUGE III
CLERK

No. 00-40401
Summary Calendar

D.C. Docket No. C-00-CV-19

United States District Court
Southern District of Texas
FILED
JAN 16 2001
MICHAEL N. MILBY CLERK

THOMAS C DAVIS, JR

    Plaintiff - Appellant

v.

WAYNE SCOTT, Director, Texas Department of
Criminal Justice, Institutional Division; GARY L JOHNSON,
DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION; THOMAS PRASIFKA, Senior Warden; W A HODGE, Assistant
Warden; TROY SIMPSON, Assistant Warden; NORRIS D JACKSON, Major

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed.

ISSUED AS MANDATE: JAN 11 2001

OP-S-J-1

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
    Deputy
New Orleans, Louisiana   JAN 11 2001

13